

**07 CIV 8597** CLOSED

JUDGE SCHEINDLIN

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00861-AMD
### Internal Use Only

Nwokocha v. Kalico Exports, Inc. et al
Assigned to: Judge Andre M Davis
Demand: $113,000
Case in other court: Circuit Court for Baltimore City, 24C07002146
Cause: 28:1441 Petition for Removal- Breach of Contract

Date Filed: 04/03/2007
Date Terminated: 09/28/2007
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: Federal Question

**Plaintiff**

**Amadi Nwokocha**      represented by **Uduak J Ubom**
Ubom Law Group PLLC
7600 Georgia Ave NW Ste 411
Washington, DC 20012
12027238900
Fax: 12027235790
Email: udubom@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Obinna Duruji**
Duruji Law Firm PC
7600 Georgia Ave NW Ste 410
Washington, DC 20012
12027235789
Fax: 12027235790
Email: oduruji@yahoo.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kalico Exports, Inc.**

**Defendant**

**CP Ships**      represented by **J Stephen Simms**
Simms Showers LLP
20 S Charles St Ste 702
Baltimore, MD 21201-3754
14107835795
Fax: 14105101789
Email: jssimms@simmsshowers.com
*LEAD ATTORNEY*

Case 1:07-cv-08597-SAS    Document 17    Filed 10/03/2007    Page 2 of 4

*ATTORNEY TO BE NOTICED*

**Donna Davis Ebaugh**
Simms Showers LLP
20 S Charles St Ste 702
Baltimore, MD 21201
14107835795
Email: ddebaugh@simmsshowers.com
*ATTORNEY TO BE NOTICED*

**W Charles Bailey, Jr**
Simms Showers LLP
20 S Charles St Ste 702
Baltimore, MD 21201-3754
14107835795
Fax: 14107831368
Email: wcbailey@simmsshowers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hapag-Lloyd (America) Inc.**     represented by   **J Stephen Simms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna Davis Ebaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hapag-Lloyd AG**     represented by   **J Stephen Simms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna Davis Ebaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2007 | 1 | NOTICE OF REMOVAL from Circuit Court for Baltimore City, case number 27C07002146. ( Filing fee $ 350 receipt number 14637016033), filed by Hapag-Lloyd AG, CP Ships, Hapag-Lloyd (America) Inc. (Attachments: # 1 Civil Cover Sheet)(raf, Deputy Clerk) Modified on 4/4/2007 (raf, Deputy Clerk). (Entered: 04/04/2007) |
| 04/03/2007 | 2 | VERIFIED COMPLAINT against Hapag-Lloyd AG, Kalico Exports, Inc., CP Ships, Hapag-Lloyd (America) Inc., filed by Amadi Nwokocha. (raf, Deputy Clerk) (Entered: 04/04/2007) |

| | | |
|---|---|---|
| 04/03/2007 | | THE ABOVE PLEADING #2 IS A COPY FILED IN THE CIRCUIT COURT FOR BALTIMORE CITY (raf, Deputy Clerk) (Entered: 04/04/2007) |
| 04/03/2007 | 3 | Local Rule 103.3 Disclosure Statement by Hapag-Lloyd AG, CP Ships, Hapag-Lloyd (America) Inc. (raf, Deputy Clerk) (Entered: 04/04/2007) |
| 04/04/2007 | 4 | Correspondence re: removal notificaton. (c/m to U.Ubom 4/4/07) (raf, Deputy Clerk) (Entered: 04/04/2007) |
| 05/02/2007 | 5 | MOTION for Obinna Dwrumji to Appear Pro Hac Vice by Amadi Nwokocha.(fee pd, voucher #14637016562) (slf, Deputy Clerk) (Entered: 05/02/2007) |
| 05/02/2007 | 6 | MARGINAL ORDER granting 5 Motion of Obinna Duruji to Appear Pro Hac Vice. Signed by Clerk on 5/1/07.(see pleading No 5) (slf, Deputy Clerk) (Entered: 05/02/2007) |
| 07/17/2007 | 7 | MOTION to Dismiss *for Lack of Venue* by CP Ships. Responses due by 8/3/2007 (Attachments: # 1 Memorandum in Support of Motion# 2 Exhibit 1# 3 Exhibit 2# 4 Text of Proposed Order Dismissal# 5 Text of Proposed Order Transfer of Venue)(Bailey, W) (Entered: 07/17/2007) |
| 08/02/2007 | 8 | RESPONSE in Opposition re 7 MOTION to Dismiss *for Lack of Venue* filed by Amadi Nwokocha.Replies due by 8/16/2007. (Attachments: # 1 Text of Proposed Order Order)(Duruji, Obinna) (Entered: 08/02/2007) |
| 08/20/2007 | 9 | PAPERLESS ORDER Setting Hearing on Motion 7 MOTION to Dismiss *for Lack of Venue* : Motion Hearing set for 9/27/2007 03:00 PM in Courtroom 5B before Judge Andre M Davis. (Judge Davis) (Entered: 08/20/2007) |
| 08/23/2007 | 10 | Amended MOTION to Amend/Correct 7 MOTION to Dismiss *for Lack of Venue* by CP Ships. Responses due by 9/10/2007 (Attachments: # 1 Memorandum in Support# 2 Exhibit A# 3 Exhibit B# 4 Text of Proposed Order)(Bailey, W) (Entered: 08/23/2007) |
| 09/11/2007 | 11 | RESPONSE in Opposition re 10 Amended MOTION to Amend/Correct 7 MOTION to Dismiss *for Lack of Venue* filed by Amadi Nwokocha.Replies due by 9/25/2007. (Duruji, Obinna) (Entered: 09/11/2007) |
| 09/24/2007 | 12 | REPLY to Response to Motion re 10 Amended MOTION to Amend/Correct 7 MOTION to Dismiss *for Lack of Venue* filed by CP Ships. (Bailey, W) (Entered: 09/24/2007) |
| 09/27/2007 | | Motion Hearing held on 9/27/2007 re 10 Amended MOTION to Amend/Correct 7 MOTION to Dismiss *for Lack of Venue* filed by CP Ships held before Judge Andre M Davis. (Court Reporter: Jackie Sovich) (mdw, Deputy Clerk) (Entered: 09/27/2007) |
| 09/28/2007 | 13 | MEMORANDUM OPINION. Signed by Judge Andre M Davis on 9/28/07. (slf, Deputy Clerk) (Entered: 09/28/2007) |
| | | |

| 09/28/2007 | 14 | ORDER granting in part and denying in part 7 Motion to Dismiss; granting in part and denying in part 10 Motion to Amend/Correct; and that this case is TRANSFERRED to the United States District Court for the Southern District of New York as therein set forth. Signed by Judge Andre M Davis on 9/27/07.(c/m 9/28/07) (slf, Deputy Clerk) (Entered: 09/28/2007) |
| --- | --- | --- |
| 09/28/2007 |  | (Court only) ***Civil Case Terminated. (slf, Deputy Clerk) (Entered: 09/28/2007) |

I hereby attest and certify on _Sept 28, 2007_
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody

FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy