FILED
STRICT COURT
OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

2007 APR -3  P 3: 31

Amadi Nwokocha,                           •

    Plaintiff,                           Civil Action No.                    TY

    v.                                    •                      AMD07CV0861

Kalico Exports, Inc., et al.,

    Defendants.

  •    •    •    •      •    •    •    •    •    •

## PETITION FOR REMOVAL PURSUANT TO
## 28 U.S.C. §§ 1446 AND 1337

    Defendants/petitioners Hapag-Lloyd A/G (including "CP Ships") and Hapag-Lloyd

(America) Inc. hereby petition this Court pursuant to 28 U.S.C. § 1446 and 1337 to remove to

this Court the above-captioned civil action now pending in the Circuit Court for Baltimore City,

Maryland, and further represents as follows

    Defendants/petitioners Hapag-Lloyd A/G (including "CP Ships")[1] and Hapag-

Lloyd (America) Inc. are defendants in the civil action now pending in the Circuit Court for

Baltimore City, Maryland, Civil Case No. 24C07002146, filed on or about March 28, 2007.  No

trial has yet been had therein.  Copies of all process, pleadings and orders served upon

defendants/petitioners in such action are attached hereto.

    2.    Circuit Court for Baltimore City, Maryland, Civil Case No. 24C07002146 is one

which may be removed pursuant to 28 U.S.C. § 1446, because this Court has original jurisdiction

---

[1]    "CP Ships," is misnamed as a defendant; CP Ships in 2005 became a part of
Hapag-Lloyd A/G.  To the extent that any separate response/petition nevertheless is required for
"CP Ships," this is included in each response/petition by Hapag-Lloyd A/G.

pursuant to 28 U.S.C. § 1337 in that the matter concerns a civil action or proceeding arising

under an Act of Congress regulating commerce, including, the Harter Act, 46 U.S.C. § 30706 and

49 U.S.C. § 14706.   The matter in controversy for each receipt or bill of lading exceeds

$10,000, exclusive of interest and costs

     WHEREFORE, this action now pending in the Circuit Court for Baltimore City,

Maryland, Civil Case No. 24C07002146, filed on or about March 28, 2007, is properly removed

pursuant to 28 U.S.C. §§ 1446 and 1337.

Dated: April 7, 2007.

        /s/   J. Stephen Simms
        J. Stephen Simms (#4269)
        Donna Davis Ebaugh
        Simms Showers LLP
        20 South Charles Street
        Suite 702
        Baltimore, Maryland 21201
        Telephone: (410) 783-5795
        Facsimile: (410) 510-1789

        Hapag-Lloyd A/G (including "CP Ships"), and
        Hapag-Lloyd (America) Inc. Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I caused a copy of the foregoing to be served by

First Class United States Mail as follows:

| | |
|---|---|
| Uduak J. Ubom, Esq. | KALICO EXPORTS, INC. |
| Obinna Duruji, Esq. | Serve on Resident Agent: |
| 7600 Georgia Ave NW | Ukebu U. Kalu |
| Suite 411 | 2305 Westfield Avenue |
| Washington, D.C. 20012 | Baltimore, Maryland 21214 |

Plaintiff's Counsel

/s/  J. Stephen Simms