IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Amadi Nwokocha, | * | |
| Plaintiff, | * | Civil Action No. |
| v. | * | |
| Kalico Exports, Inc., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' LR 103 CORPORATE DISCLOSURE

I certify as counsel to defendants Hapag-Lloyd A/G (including "CP Ships") and Hapag-Lloyd (America) Inc. that except as follows, defendants are not affiliates or parents of any corporation, and that no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.):

Defendants are affiliates.  Parent corporation of Hapag-Lloyd (America) Inc. is Hapag-Lloyd AG.  Hapag-Lloyd A/G is publicly held.

Dated: April 4, 2007.

/s/   J. Stephen Simms
J. Stephen Simms (#4269)
Donna Davis Ebaugh
20 South Charles Street - Suite 702
Baltimore, Maryland 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789

Hapag-Lloyd A/G (including "CP Ships"),
and Hapag-Lloyd (America) Inc. Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I caused a copy of the foregoing to be served by First Class United States Mail as follows:

| | |
|---|---|
| Uduak J. Ubom, Esq.<br>Obinna Duruji, Esq.<br>7600 Georgia Ave NW<br>Suite 411<br>Washington, D.C. 20012 | KALICO EXPORTS, INC.<br>Serve on Resident Agent:<br>Ukebu U. Kalu<br>2305 Westfield Avenue<br>Baltimore, Maryland 21214 |

Plaintiff's Counsel

/s/   J. Stephen Simms