$50
#1463701656?
(SEND LETTER)
FEE PAID
FEE NOT PAID

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ LODGED ___ ENTERED ___ RECEIVED

APR 3 0 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

Nwokocha
_____
     Plaintiff(s)

vs.

Kalico Exports, Inc. et al
_____
     Defendant(s)

Case No.: AMD-07-861

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Ualiak James Ubom, am a member in good standing of the bar of this Court. My bar number is _____. I am moving the admission of Obinna Duruji to appear *pro hac vice* in this case as counsel for Plaintiff.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 MAY -1  P 5:13
CLERK'S OFFICE
AT BALTIMORE
          DEPUTY

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| TX Supreme Court 5/4/90 | US Dist Court for DC 12/5/05 |
| DC Court of Appeals 11/13/92 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

U.S. District Court (Rev. 3/19/2007) - Pro Hac Vice                                    Page 1 of 3

√3

_____         _____
     Firm                      Firm