IN THE UNITED STATES DISTRICT COURT
FOR THE DITRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Amadi Nwokocha, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.:<br>1:07-cv-00861-AMD |
| KALICO EXPORTS, INC, | * | |
| CP SHIPS, | * | |
| HAPAG-LLOYD (America) Inc., | * | |
| And | * | |
| HAPAG-LLOYD AG, | * | |
| Defendants | * | |

\* \* \* \* \*

### **ORDER**

Upon Consideration of the Motion to Dismiss for Lack of Venue filed by Defendants CP Ships, Hapag-Lloyd (America), Inc. and Hapag-Lloyd AG, the opposition of Plaintiff thereto, and the entire record herein, it is this _____ day of _____, 2007

ORDERED that Defendants Motion be, and hereby is GRANTED, and it is further,

ORDERED that this action be, and hereby is DISMISSED pursuant to Fed. R. Civ. P. 12(b)(3) for improper Venue.

_____
Andre M. Davis
United States District Judge