IN THE UNITED STATES DISTRICT COURT
FOR THE DITRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Amadi Nwokocha, * | |
| Plaintiff, * | |
| v.  * | Civil Action No.: 1:07-cv-00861-AMD |
| KALICO EXPORTS, INC, * | |
| CP SHIPS, * | |
| HAPAG-LLOYD (America) Inc., * | |
| And * | |
| HAPAG-LLOYD AG, | |
| Defendants * | |
| * | |

\* \* \* \* \*

## ORDER FOR TRANSFER OF VENUE

Upon Consideration of the Motion to Dismiss or, in the Alternative, to Transfer Venue, filed by Defendants, CP SHIPS, HAPAG-LLOYD (America), Inc., and HAPAG-LLOYD AG, the opposition of Plaintiff thereto, and the entire record herein, it is this \_\_\_\_ day of _____, 2007

ORDERED that this action is hereby transferred from the United States District Court for the District of Maryland to the United States District Court for the Southern District of New York, and it is further

ORDERED that the Clerk of the United States District Court for the District of Maryland be, and hereby is, directed to transfer all records and papers in this action to the

Clerk of the United States District Court for the Southern District of New York, together with a certified copy of this order, and it is further

ORDERED that the time for the Defendants, CP SHIPS, HAPAG-LLOYD (America), Inc., and HAPAG-LLOYD AG, to answer or otherwise respond to the Plaintiff's complaint, be, and hereby is, extended to a date twenty (20) days after docketing of this action by the United States District Court for the Southern District of New York.

Dated: _____

_____
Andre M. Davis
United States District Judge