IN THE UNITED STATES DISTRICT COURT
FOR THE DIISTRICT OF MARYLAND
Northern Division

```
*******************************
AMADI NWOKOCHA              *
        Plaintiff           *
                            *
V.                          *
                            *
KALICO EXPORTS, INC.,       *
                            *   Civil Action No.: 1:07-CV-00861-AMD
CP SHIPS,                   *
                            *
HAPAG-LLOYD (AMERICA), INC., AND *
                            *
HAPAG-LLOYD AG              *
        Defendants          *
*******************************
```

**ORDER**

Upon consideration of the Motion to Dismiss or, in the Alternative, to Transfer Venue, filed by Defendants CP Ships, Hapag-Lloyd (America), Inc. and Hapag-Lloyd AG, the opposition of Plaintiff thereto, and the entire record herein, it is this _____ day of _____, 2007

ORDERED that Defendants' Motion be, and is hereby DENIED.

_____
Andre M. Davis
United States District Judge