# EXHIBIT A

# Lykes Lines

# INVOICE

LYKES LINES, A DIVISION OF CP SHIPS USA, LLC
www.lykeslines.com

Customer ID: 272199
Payor Name:
OCEANE MARINE SHIPPING INC
1770 RISING MIST LANE
CUMMING GA 30041
UNITED STATES

ISSUED BY/REMIT TO:
CP SHIPS USA, LLC
PO BOX 930681
ATLANTA, GA 31193-0681
WHEN SENDING PAYMENTS VIA OVERNIGHT
WACHOVIA BANK
LOCK BOX PROCESSING CENTER
P.O. BOX 930681
3585 ATLANTA AVENUE
HAPEVILLE, GA 30354
WHEN SENDING PAYMENTS VIA WIRE
WACHOVIA BANK
ABA #063 000 021
CP SHIPS USA, LLC
DEPOSITORY ACCOUNT
ACCOUNT #209 000 275 6616
BILLING INQUIRIES (813) 276-4600

| | |
|---|---|
| Vessel: | ATLANTIC PROJECT |
| Voyage: | 006S |
| Place of Receipt: | NEW YORK    USA |
| Port of Loading: | NEW YORK |
| Port of Discharge: | TEMA |
| Destination: | TINCAN ISLAND-LAGOS    NGA |
| Export Inst: | OUR REFERENCE#: 251094 |

Invoice No/Bill of Lading: ATLRL016630 -01
B/L Date: 21 Nov 2005

Shipper Reference:

## Description of Charges    FREIGHT CHARGES    TX CD

| Containers | Size/Type | Tariff/Item No. | Description | | Rating | Prepaid USD |
|---|---|---|---|---|---|---|
| CMUU4614892 | 40 HC | 019627-367 | FREIGHT CHARGES | 2740.00 CTR | USD | 2740.00 |
| | | 5877 | BUNKER ADJUSTMENT | 850.00 CTR | USD | 850.00 |

Total Charges    USD    3590.00

Total    USD    3590.00

Total # of Contrs:    1

PAYMENT IS DUE STRICTLY WITHIN THE AGREED TERMS. FAILURE TO ADHERE TO THE AGREED TERMS WILL RESULT IN THE WITHDRAWAL OF THESE FACILITIES.

Total    USD    3590.00