# EXHIBIT B

# Oceane Marine Shipping, Inc.

| 2. Exporter (Principal or seller-licensee and address including Zip Code) | 5. Document Number | Bill of Lading Number |
|---|---|---|
| Kalico Exports, Inc.<br>7107 Commercial Avenue<br>Baltimore, MD<br>USA                    Zip Code: 21237 | ATLRL01663 | 251094 |
| | 6. Export References | |

| 3. Consigned To: | 7. Forwarding Agent (Name and Address) |
|---|---|
| UCHE NWOKOCHA<br>42 FAGBENRO SQ<br>OFF RANDALL AVENUE<br>SURE-LERE LAGOS NIGERIA | |
| | 8. Point (State) or Origin or FTZ Number |

| 4. Notify Party / Intermediate Consignee (Name and Address) | Also Notify and/or Additional Routing Instructions |
|---|---|
| SAME AS CONSIGNEE | Lykes Line Lagos Nigeria<br>Elder Dempster Agencies 34 Wharf Rd<br>Apapa<br>Africa<br>Tel: 234 1 58 03 410<br>Fax: 234 1 58 71 526<br>Jack Langrishe |

| 12. Pre-Carriage By | 13. Place of Receipt by Pre-Carrier | | |
|---|---|---|---|
| 14. Exporting Carrier<br>ATLANTIC PROJECT V.006 | 15. Port of Loading / Export<br>NEWARK | 10. Loading Pier / Terminal | |
| 16. Foreign Port of Unloading (Vessel and air only)<br>LAGOS | 17. Place of Delivery by On-Carrier | 11. Type of Move<br>VESSEL | 11a. Containerized (Vessel o<br>[X] Yes    [ ] No |

| Marks and Numbers (18) | Number of Packages | Description Of Commodities in Schedule B detail (20) | Gross Weight (Lbs) (21) | Measurement (22) |
|---|---|---|---|---|
| CONTAINER #<br>CMUU4614892<br>SEAL# 6622370 | 1 | X 40'HQ CTR<br>2000 MISTUBISHI TRUCK VIN JA4MT31H3YP035806<br>2000 TOYOTA 4 RUNNER VIN JT3HN86R6Y0300893<br>2000 TOYOTA 4S VIN 4T1BG22K8YU741320<br>180 PIECES HOUSEHOLD GOODS/PERSONAL EFFECTS<br>NO SED REQUIRED-AESXTN:582286382-251094 | 10000.00 | |

FREIGHT **PREPAID** ON BOARD 11/21/2005    AT NEWARK
ON BOARD NAMED VESSEL ATLANTIC PROJECT V.006
Via Oceane Marine Shipping, Inc. as carrier.

These commodities, technology, or software were exported from the U.S. in accordance with the export Administration regulations. Diversion contrary to U.S. law Prohibited

(CONDITIONS CONTINUED FROM REVERSE SIDE)
In accepting this Bill of Lading the Shipper, the Consignee and the Owner of the goods agree to be bound by all of its stipulations and conditions, whether written, printed or stamped on the front or back hereof, any local customs of privileges to the contrary notwithstanding.
In agreement, the Shipper specifically approves the clauses on the front and on the back of this Bill of Lading.

**ORIGINAL**

MH

**Oceane Marine Shipping, Inc.**
                    The Carrier

IN WITNESS WHEREOF, the master of Agent of said vessel has affirmed to THREE (3) ORIGINAL Bills of Lading, all of this tenor and date, one of which being accomplished the other to stand void.

B/L No **251094**          Date: **11/21/2005**