IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMADI NWOKOCHA, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 07-861 |
| | : | |
| KALICO EXPORTS, INC., et al., | : | |
|     Defendants | : | |

...o0o...

ORDER

For the reasons set forth in the foregoing Memorandum, it is this 28th day of September, 2007, by the United States District Court for the District of Maryland, ORDERED

(1)    That the alternative motion to dismiss or to transfer venue (Paper Nos. 7, 10) are GRANTED IN PART AND DENIED IN PART; and it is further ORDERED

(2)    That THIS CASE IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK; and it is further ORDERED

(3)    That the Clerk shall TRANSMIT a copy of this Order and the foregoing Memorandum to Emeka Onwezi, Esq., 10104 Senate Drive, Suite 204, Lanham, MD 20706 and CLOSE THIS CASE.

                                          /s/
                                        ANDRÉ M. DAVIS
                                        United States District Judge