# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                    Reply to Northern Division Address

September 28, 2007

U.S. District Court for the Southern District of New York
Clerk's Office 500 Pearl Street
New York, N.Y. 10007    Att: Dorothy Guranich

Re:    Amadi Nwokocha vs. Kalico Exports, Inc. Etal
        Civil Action No.: AMD 07-861

Dear Ms. Guranich:

[ X ] On 9/28/07, an Order was filed transferring the above-captioned case to your Court.  Per your request enclosed is a certified copy of the Order and docket entries. This case is being E-filed to your Court.

[   ]   On, an Order was filed accepting jurisdiction by your court in this case.  Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[   ]   Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a).  Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By:    S. Franke _____

Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No. _____          Letter Transferring Case (Rev. 02/26/2002)

_____

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**