AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** NEW YORK

**APPEARANCE**

Case Number: 07 Civ. 8957 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants CP Ships, Hapag-Lloyd (America), Inc. and Hapag-Lloyd AG

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/19/2007 | *[signature]* |
| Date | Signature |
| | Stephen H. Vengrow (SHV/3479) |
| | Print Name / Bar Number |
| | 61 Broadway - Suite 3000 |
| | Address |
| | New York / NY / 10006-2802 |
| | City / State / Zip Code |
| | (212) 344-7042 / (212) 344-7285 |
| | Phone Number / Fax Number |