IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Amadi Nwokocha, | * | |
| Plaintiff, | * | Civil Action No. 07- Civ.-8597 (SAS) |
| v. | * | |
| Kalico Exports, Inc., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE - SUBSTITUTING APPEARANCE

To the Clerk:

With the entry of appearance of Stephen H. Vengrow as counsel for defendants Hapag-Lloyd A/G (including "CP Ships") and Hapag-Lloyd (America) Inc., please substitute the appearance of Mr. Vengrow, and strike the appearance as counsel for these defendants, of J. Stephen Simms, W. Charles Bailey, Jr. and Donna Davis Ebaugh.

Dated: October 19, 2007.

| | |
|---|---|
| Stephen H. Vengrow [SV-3479] | /s/   J. Stephen Simms |
| CICHANOWICZ CALLAN KEANE VENGROW | J. Stephen Simms [JS-8990] |
| | W. Charles Bailey, Jr. |
| & TEXTOR, LLP, 61 Broadway, Ste. 3000 | Donna Davis Ebaugh |
| New York, NY 10006 | Simms Showers LLP |
| Tel. 212-344-7042 | 20 South Charles Street |
| Fax 212-344-7285 | Suite 702 |
| | Baltimore, Maryland 21201 |
| | Telephone: (410) 783-5795 |
| | Facsimile: (410) 510-1789 |

Attorneys for Defendants Hapag-Lloyd A/G (including "CP Ships")
and Hapag-Lloyd (America) Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 19, 2007 I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel and further that I caused the foregoing to be served on unrepresented defendant Kalico Exports, Inc., as follows by First Class, United States Mail:

KALICO EXPORTS, INC.
Serve on Resident Agent:
Ukebu U. Kalu
2305 Westfield Avenue
Baltimore, Maryland 21214

                                            /s/ J. Stephen Simms