IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
*******************************************
AMADI NWOKOCHA                            *
        Plaintiff                         *
                                          *
V.                                        *      Civil Action No.: 07-Civ. 8597(SAS)
                                          *
                                          *
KALICO EXPORTS, INC., ET AL               *
        Defendants                        *
*******************************************
```

## AGREED REQUEST FOR CONTINUANCE

1. Plaintiff and Defendants request the Court to continue the Initial Pretrial Conference scheduled on November 6, 2007 at 4:30 p.m. for at least 30 days to enable Plaintiff secure a local counsel to represent him or who would assist Plaintiff's out of state attorney to prosecute his case.

2. Attorneys for all parties have agreed to this continuance.

3. This request for continuance is not for delay only, but so that justice may be done.

4. For these reasons, the parties request the Court to continue the initial pretrial conference for at least 30 days until December 4, 5, or 6, 2007.

Dated: 11/02/07

Respectfully submitted,
AMADI NWOKOCHA
By his attorneys,

Obinna Duruji, Esq. DC #435048
Duruji Law Firm, PC
7600 Georgia Ave. NW, Suite 217
Washington, DC 20012
Tel. (202) 722-0961
Fax (202) 722-0963
Rev. Uduak James Ubom, Esq. DC #449102
Ubom Law Group, PLLC
7600 Georgia Ave., NW, Suite 410
Washington, DC 20012
Tel: (202) 723 8900/Fax: (202) 723 5790

*The parties' request is granted. The conference previously scheduled for Nov. 6, 2007 is adjourned to Dec. 10, 2007, at 4:30pm. SO ORDERED.*

Date: Nov. 5, 2007

Shira A. Scheindlin, USDJ

[Stamp: RECEIVED CHAMBERS OF NOV - 2 2007 JUDGE SCHEINDLIN]