12/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
CHAMBERS OF
NOV 30 2007
JUDGE SCHEINDLIN

*************************************************

AMADI NWOKOCHA )
    Plaintiff )
  )
V. )    Civil Action No.: 07-cv-8597(SAS)
  )
KALICO EXPORTS, INC., ET AL )
    Defendants )

*************************************************

### ORDER ON APPLICATION TO APPEAR PRO HAC VICE

After considering attorney Obinna Duruji's application to appear pro hac vice, and any opposition, the court is of the opinion that the Motion should be GRANTED and hereby

GRANTS Obinna Duruji's application to appear pro hac vice with Uwem I. Umoh, Esq. and ORDERS that Obinna Duruji, Esq. be allowed to appear pro hac vice until the conclusion of this case.

SIGNED on Dec 3, 2007.

_____
SHIRA A. SCHEINDLIN, USDJ

APPROVED & ENTRY REQUESTED:

_____
Obinna Duruji, Esq.