Nkereuwem Umoh, Esq.
Attorney for Plaintiff
    Amadi Nwokocha
255 Livingston Street, 4th Floor
Brooklyn, NY 11217
718-360-0527

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AMADI NWOKOCHA
        Plaintiff,

v.

KALICO EXPORTS, INC. ET AL

        Defendants

07 CV 8597 (SAS)
Notice of Appearance

---

TO:    Patrick Michael DeCharles II, Esq
        Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
        61 Broadway
        New York, NY 10006

    PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of plaintiff Amadi Nwokocha in the above-captioned action. Contact information for the undersigned counsel for the plaintiff is as follows:

    Nkereuwem Umoh, Esq.
    255 Livingston Street, 4th Floor
    Brooklyn, NY 11217
    718-797-1384
    numoh@umohlaw.com

The email address listed above should be used for electronic case filing notification purposes.

Dated: December 10, 2007

                              By:    _____/s_____
                                        Nkereuwem Umoh, Esq. (NU 7233)
                                        Attorney for Plaintiff Amadi Nwokocha

1