UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMADI NWOKOCHA

                    Plaintiff,

- against -

KALICO EXPORTS, Inc.
ET, AL
                 Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

SCHEDULING ORDER
07 Civ. 8597 (SAS)
Conference Date:

WHEREAS, the Court Issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on 12/10/07 (the "Order"); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;

(2) a concise statement of the issues as they then appear;
CARGO CASE pursuant COGSA 46 USC 1300 etseq

(3) a schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions; Pursuant to Rule 30(b)(6)

(b) a schedule for the production of documents; Rule 26(a) January 25, 08 Discovery Requests 03/15/08

(c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed; None at this time

(d) time when discovery is to be completed;
04/15/08

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

05/15/08

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

06/15/08

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

06/30/08  7/23 at 4:30 (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

None

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

04/15/08

(6) anticipated fields of expert testimony, if any;  None at this time

(7) anticipated length of trial and whether to court or jury;  3 days

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

Both agree - non-jury

(9) names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.
12/10/07

OBINNA DURUJI
202-722-0961

Nkereuwem Umoh
718-360-0527

/s/ Michael D. Charles
CCKVT
For Hapag Floyd + CP