8929 /SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMADI NWOKOCHA<br>9824 Matzon Road<br>Baltimore, MD 21220<br>　　　　　　Plaintiff,<br>　　V.<br><br>KALICO EXPORTS, INC.<br>7107 Commercial Avenue<br>Baltimore, MD 21237<br><br>CP SHIPS<br>399 Hoes Lane<br>Piscataway, NJ 08854<br><br>HAPAG-LLOYD (AMERICA) INC.<br>399 Hoes Lane<br>Piscataway, NJ 08854<br><br>HAPAG-LLOYD AG<br>Ballindamm 25<br>20095 Hamburg<br>　　　　　　Defendants. | Civil Action 07 CV 8597<br><br><br>**DEFENDANTS CP SHIPS, HAPAG-LLOYD (AMERICA) INC. AND HAPAG-LLOYD AG NOTICE OF MOTION TO DISMISS ORIGINAL COMPLAINT AS TIME-BARRED** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the pretrial scheduled for December 10, 2007, Defendants CP Ships, Hapag-Lloyd (America) inc. and Hapag-Lloyd AG will move this Court before the Honorable Shira A. Scheindlin on February 29, 2008 at 10:00 a.m. in Room 1620 of the United States Courthouse at 500 Pearl Street, New York, New York

for an Order dismissing Plaintiff's action against the moving Defendants pursuant to the Statute of Limitation under COGSA as contracted for in the terms and condition of the contract of carriage and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
January 30, 2008

                                    CICHANOWICZ, CALLAN, KEANE,
                                    VENGROW & TEXTOR, LLP

                                    By: _/ s / Stephen H. Vengrow_____
                                        Stephen H. Vengrow (SHV/3479)
                                    Attorneys for Defendants CP Ships
                                    Hapag-Lloyd (America) Inc. and Hapag-Lloyd AG
                                    61 Broadway, Suite 3000
                                    New York, New York 10006
                                    (212) 344-7042

TO:   Rev. Uduak J Ubom, Esq.
       Ubom Law Group, PLLC
       7600 Georgia Avenue, NW, Ste. 410
       Washington, DC 20012
       (202) 723-8900

       Hon. Obinna Duruji, Esq.
       Duruji Law Firm, PC
       7600 Georgia Avenue, NW, Ste. 410
       Washington, DC 20012
       (202) 723-5789

       Uwem I. Umoh, Esq.
       255 Livingston Street, 4th Floor
       Brooklyn, New York 11217
       (718) 360-0527

## CERTIFICATE OF SERVICE BY ECF AND BY REGULAR U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On January 30, 2008, I served a complete copy of :

   **Defendants CP Ships, Hapag-Lloyd (America) Inc. and Hapag-Lloyd AG's Notice of Motion to Dismiss Original Complaint as Time-barred**

   **Rule 56.1 Statement of Facts in Support of CP Ships, Hapag-Lloyd (America) Inc. and Hapag-Lloyd AG's Motion to Dismiss the Plaintiff's Complaint as Time Barred**

   **Memorandum of Law of Defendants CP ships, Hapag-Lloyd (America) Inc. and Hapag Lloyd AG in support of their motion for Summary Judgment Dismissing the Original Complaint as Time Barred.**

   **Declaration of Stephen H. Vengrow**

   **Declaration of Arne Klockmann**

   **Declaration of Susanne Rechenbach**

   **Declaration of Fabio Duarte**

   by ECF to the following attorneys at their ECF registered address and by regular U.S. mail at the following addresses:
   Rev. Uduak J Ubom, Esq.
   Ubom Law Group, PLLC
   7600 Georgia Avenue, NW, Ste. 410
   Washington, DC 20012
   (202) 723-8900

   Hon. Obinna Duruji, Esq.
   Duruji Law Firm, PC
   7600 Georgia Avenue, NW, Ste. 410
   Washington, DC 20012
   (202) 723-5789

   Uwem J. Umoh, Esq.
   255 Livingston Street, 4th Floor
   Brooklyn, New York 11217
   (718) 360-0527

   /s/ Patrick Michael Decharles, II
   Patrick Michael DeCharles, II (PMD/9984)

Dated:  January 30, 2007
        New York, New York