8929/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendants CP Ships, Hapag-Lloyd (America) Inc. and Hapag-Lloyd AG
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMADI NWOKOCHA<br>9824 Matzon Road<br>Baltimore, MD 21220<br>      Plaintiff,<br>   V.<br><br>KALICO EXPORTS, INC.<br>7107 Commercial Avenue<br>Baltimore, MD 21237<br><br>CP SHIPS<br>399 Hoes Lane<br>Piscataway, NJ 08854<br><br>HAPAG-LLOYD (AMERICA) INC.<br>399 Hoes Lane<br>Piscataway, NJ 08854<br><br>HAPAG-LLOYD AG<br>Ballindamm 25<br>20095 Hamburg<br>      Defendants. | Civil Action 07 CV 8597<br><br>DECLARATION OF<br>SUSANNE RECHENBACH<br>IN SUPPORT OF THE DISMISSAL<br>MOTION OF DEFENDANTS CP SHIPS,<br>HAPAG-LLOYD (AMERICA) INC.<br>AND HAPAG-LLOYD AG |

Susanne Rechenbach declares the following:

   1.  At the time of this claim, I was a Claims Manager for Hapag-Lloyd (America) Inc.

2. Hapag-Lloyd (America) Inc. acts as an agent for Hapag-Lloyd AG (hereinafter referred to as "Hapag-Lloyd").

3. I drafted the Claim Acknowledgement which is also designated as Exhibit P6 in the Original Complaint.

4. Attached is a true and accurate copy of that Claim Acknowledgement dated September 1, 2006 marked as Exhibit A.

5. The acknowledgement was drafted to the plaintiff's attorney Obinna Duruji, Esq. without prejudice of all of the rights and defenses that Hapag-Lloyd could claim. I advised the plaintiff's attorney that Hapag-Lloyd was presently investigating the carrier's liability and that we shall revert promptly upon conclusion of these investigations.

6. In order to investigate matter, I requested certain documentation from the plaintiff's counsel as indicated on the acknowledgment. At no time either orally or in writing did I grant any extension of time for plaintiff to file a Complaint.

7. I neither orally nor in writing made representation to plaintiff's counsel that the carrier would compensate the plaintiff for the cargo alleged damage or delay.

8. I neither orally nor in writing ever represented to plaintiff's counsel that he should not file a Complaint.

9. I neither orally nor in writing ever advise plaintiff's counsel that Hapag-Lloyd or Hapag-Lloyd AG would not contest the timeliness of any Complaint filed by plaintiff.

10. I never entered into any type of settlement negotiations or spoke of any money that Hapag-Lloyd would pay on the claim.

11. I neither orally nor in writing agreed to extend the time for plaintiff to file a lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 17, 2008

*/s/ S. Rechenbach*
Susanne Rechenbach

# EXHIBIT A

# Claim Acknowledgement



| | | |
|---|---|---|
| To: | Obinna Duruji, Esq. | Hapag-Lloyd (America) Inc. |
| Telefax: | 202-723-4606 5796 | 399 Hoes Lane |
| | | Piscataway, NJ 08854 |
| From: | Susanne.Rechenbach | www.hlcl.com |
| Phone: | (732) 885-6145 | |
| Telefax: | (732) 885-6141 | September 1, 2006 |
| Email: | Susanne.Rechenbach@hlcl.com | Pages: 1 |

**OUR FILE:** 62975 / SR

**YOUR FILE:**

| | | | |
|---|---|---|---|
| Vessel: | Atlantic Project | Voyage: | 006s |
| Bill of Lading: | ATLRL016630 | Container: | CMUU4614892 |
| Type of Damage: | Theft | Claim Amount: | Please Advise |

**WITHOUT PREJUDICE**

Dear Sirs,

We acknowledge receipt of the above claim and would like to inform you that this matter is presently being investigated as to the carrier's liability. We shall revert promptly upon conclusion of these investigations.

In order for us to deal with this matter we would be pleased if you could provide us with further documents/ information as follows

- ☒ Original Bill(s) of Lading
- ☐ First Notice of Intent to Claim
- ☒ Survey Report
- ☒ Photos
- ☒ Commercial Invoice
- ☒ Detailed Claim Statement
- ☒ Packing List
- ☒ Delivery Receipt
- ☐ Container Destuffing Tally Sheet
- ☒ Proof of Salvage Value / Independent Destruction Certificate
- ☒ Assignment of Rights
- ☐ Temperature records

Yours faithfully,
Hapag-Lloyd (America) Inc.
As Agents of Hapag-Lloyd AG

*S. Rechenbach*

Susanne Rechenbach
Claims Manager