**3**

 **(Hong Kong) Limited**

Unit 1108 - 10, 11/F, Golden Era Plaza, 39-55 Sai Yee Street, Mong Kok, HK

Telephone : 852-2781 2396    Fax : 852-2781 2316

## INVOICE

SOLD TO : Vinamglobal
    11 Astro Court
    Baltimore MD 21234

Attn :   Amadi

Tel :   443 413 2346     Fax :

| | | | |
|---|---|---|---|
| Invoice No. | : | JI-05081739-VG | |
| Date | : | 25-Aug-05 | |
| Customer Code : | | VG | |
| Payment Term : | | C.O.D | |

| Item | Descriptions | Unit Price | Qty. | | Total |
|---|---|---|---|---|---|
| CREDIT | UNSENT ITEM IPOD -PA1 FROM INVOICE: JI-05081653-VG | -1.30 USD | 50 | PC(S) | -65.00 USD |
| DOCK-TR650-1 | TREO650 DOCK     HS 85044090 | 7.40 USD | 200 | PC(S) | 1,480.00 USD |
| SHIPPING FEE | UPS SHIPPING FEE | 255.00 USD | 1 | PC(S) | 255.00 USD |

SAY US DOLLARS ONE THOUSAND SIX HUNDRED AND SEVENTY ONLY.

| | |
|---|---|
| Total : | 1,670.00 USD |
| Deposit : | 0.00 USD |
| Balance : | 1,670.00 USD |

JP'S (HK) Limited

A separate receipt will be issued upon payment received
Kindly remit the amount by a crossed cheque payable to
" JPS (HK) Limited " .

Customer's Sign & Chop         Issued By

E.& O. E.

**Bank of America**

```
                                              PAGE 1 OF 1
                            BANK OF AMERICA, N.A.
                            WIRE TRANSFER ADVICE
                            1 FLEET WAY         PA6-580-04-05
                            SCRANTON, PA          18507
```

```
          AMADI NWOKOCHA DBA
          VINAMGLOBAL
          11 ASTRO CT
          BALTIMORE MD   21234-6016
```

```
                            DATE: 08/30/05
                            DIRECT INQUIRIES TO:
                            800.333.9473 OPTION 3
                            ACCOUNT: 003937274744
```

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $1,670.00
FX AMOUNT: HKD 12532.58      FX RATE: 0.13325265000       FX VALUE DATE: 09/01/05

```
TRANSACTION REF:    2005083000157340
RELATED REF:        01050830005823NN
ORIGINATOR:         AMADI NWOKOCHA DBA            ID: 003937274744
INSTRUCTING BANK:   BANK OF AMERICA NA - BFT     ID: BFTA
BENEFICIARY:        JP'S (HONG KONG) LTD         ID: 534-517909-001
BENEFICIARY'S BANK: HONG KONG BRANCH 6055        ID: SFO:006291890356
RECEIVING BANK:     HONG KONG BRANCH 6055        ID: 006291890356
```

---

# *JP'S* (Hong Kong) Limited

Unit 1108 - 10, 11/F, Golden Era Plaza, 39-55 Sai Yee Street, Mong Kok, HK

Telephone : 852-2781 2396     Fax : 852-2781 2316

## INVOICE

SOLD TO : Vinamglobal
    11 Astro Court
    Baltimore MD 21234

Attn : I Amadi

Tel : 443 413 2346    Fax :

| Invoice No. | : | JI-05050021-VG |
|---|---|---|
| Date | : | 5-May-05 |
| Customer Code : | | VG |
| Payment Term : | | C.O.D |

| Item | Descriptions | Unit Price | | Qty. | | Total |
|---|---|---|---|---|---|---|
| CAR 3 IN 1 KIT | FM Transmitter+Charger+car stand | US$ | 13.00 | 500 | PC(S) | $6,500.00 |
| 5 IN 1 CAR KIT | IPOD 5 IN 1 CAR KIT | US$ | 15.00 | 300 | PC(S) | $4,500.00 |

SAY US DOLLARS ELEVEN THOUSAND ONLY.

| | | |
|---|---|---|
| Total : | US$ | 11,000.00 |
| Deposite : | | $0.00 |
| Balance : | | US$11,000.00 |

JP'S (HK) Limited

A separate receipt will be issued upon payment received.
Kindly remit the amount by a crossed cheque payable to
" JP'S (HK) Limited " .

Customer's Sign & Chop      Issued By      E.& O. E.

# Bank of America

**Funds Transfer Request and Authorization**

## Section I: Requester/Originator Information

Name: AMADI NWOKOCHA *VINUMG 1001*

Telephone #: 443-413-2346

Date Wire to be Sent: 5-10-05

Address: 11 ASTRO CT.

City: BALTIMORE    State: MD    Zip: 21234

Customer ID Type
1. MVA LICENSE
2. Check Card

ID#
1. N220-066-001-268
2. N/A    9504

Issue State/Country
1. MD.
2. N/A

Issue Date
1. 03.04.03
2. N/A

Expiration Date
1. 04.05.08
2. N/A

## Section II: Associate Accepting Wire

Associate Name: | Unit #/Work Phone # | Date | Time | Mailcode

Callback Required if Phone, Fax or Letter ☐ Yes ☐ N/A   Name of Person Contacted | Date/Time | Market Approval (if required)
Callback Completed by:

## Section III: Transfer Payment Instructions (Domestic and US Dollar International only)

Amount of Wire: $11,000

Debit Account Type (circle one) (CHKG) SAV ICA GL   Serial # (For ICA/GL) or Repetitive ID#

Source: ☒ OTC  ☐ Fax  ☐ Phone  ☐ Letter

Account to Debit: 003937174714   State: MA   Available Balance: $19,144.37   Account Title: Amadi Nw

Overdraft Amount: $   Overdraft Approved by (Name & Signature) | Date | Wire Fee: $

## Section IV: Transfer Payment Instructions (Foreign Currency International only)

USD Amount of Wire: $11,000

Country: HONG KONG   Rate: | Foreign Currency Amount | FX Reference ID (if applicable)

Debit Account Type (circle one) CHKG SAV ICA GL   Serial # (For ICA/GL) or Repetitive ID#

Source: ☐ OTC  ☐ Fax  ☐ Phone  ☐ Letter

Account to Debit: | State | Available Balance: $ | Account Title:

Overdraft Amount: $   Overdraft Approved by (Name & Signature) | Date | Wire Fee: $

## Section V: Wire Information

Beneficiary Name: JP'S (HONG KONG) LTD

Beneficiary Account #: 534-517909-001

Beneficiary Address: Street: RM 1108-10 GOLDEN ERA PLAZA, 39-55 SAI YEE ST.   City: MONG KOK   State: | Country: HONG KONG   Zip:

Beneficiary Bank Name: THE HONG KONG SHANGHAI BANKING CORPORATION LTD   ABA #/Swift #: HSBCHKHHHKH

Beneficiary Bank Address (if available): Street: SHOP #1, G/F, FA YUEN PLAZA, 39-55 SAI YEE ST.   City: MONG KOK   State: | Country: HONG KONG   Zip:

Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival)

Send Thru Bank (if available) | ABA #/Swift #

Send Thru Bank Address   Street | City | State | Country | Zip

## Section VI: Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions note herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see reverse side) and applicable fees.

Customer's Signature: | Date of Request: 5/10/05

## Section VII: Wire System Entry/Approval

BAT Approval Authorization # (if applicable)

Wire Entered by: Name/Signature (attach BFT screens 3 & 4): DRA GIBBEL   Signature | BFT System Time: 12:27 | BFT Sequence #: 0105 0510003639



**Bank of America**

BANK OF AMERICA, N.A.                    PAGE 1 OF 1
WIRE TRANSFER ADVICE
1 FLEET WAY
SCRANTON, PA                    PA6-580-04-05
                                18507

AMADI NWOKOCHA DBA
VINAMGLOBAL
11 ASTRO CT
BALTIMORE MD  21234-6016

DATE: 05/10/05
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT: 003937274744

THE FOLLOWING WIRE WAS DEBITED TODAY:

TRANSACTION REF:       2005051000127462
RELATED REF:           0105051000036339NN
ORIGINATOR:            AMADI NWOKOCHA DBA
INSTRUCTING BANK:      BANK OF AMERICA NA - BFT
BENEFICIARY:           JP'S (HONG KONG)LTD
BENEFICIARY'S BANK:    HONG KONG AND SHANGHAI BANKING CORP

USD AMOUNT $11,000.00

SERVICE REF: 217225

ID: 003937274744
ID: BFTA
ID: 534-517909-001
ID: 006550390580



# JP'S (Hong Kong) Limited

Unit 1108 - 10, 11/F, Golden Era Plaza, 39-55 Sai Yee Street, Mong Kok, HK

Telephone : 852-2781 2396                                                          Fax : 852-2781 2316

## INVOICE

SOLD TO :  Vinamglobal
        11 Astro Court
        Baltimore MD 21234

Attn : I Amadi

Tel :  443 413 2346        Fax :

Invoice No.    :  JI-05031223-VG
                  (REV)

Date    :    23-Mar-05

Customer Code :    VG

Payment Term :    C.O.D

| Item | Descriptions | Unit Price | | Qty. | | Total |
|------|--------------|------------|---|------|---|-------|
| CAR 3 IN 1 KIT | FM Transmitter+Charger+car stand<br>BOX SIZE : 60 * 47 * 36 EACH BOX' 50PCS<br>TOTAL 10 BOX'S<br><br>ONE BOX = 17KG<br>TOTAL 170KG * USD 6.5/KG | US$ | 14.00 | 500 | PC(S) | $7,000.00 |
| CREDIT | RETURN FM Transmitter+Charger+car stand<br>     JI-05011059-VG | US$ | -15.00 | 4 | PC(S) | -$60.00 |
| CREDIT | RETURN Mini ipod v20c     JI-05011059-VG | US$ | -8.00 | 40 | PC(S) | -$320.00 |
| CREDIT | RETURN Mini ipod 2cc     JI-05011059-VG | US$ | -8.00 | 3 | PC(S) | -$24.00 |
| CREDIT | RETURN ipod mini leather hard case     JI-05011059-VG | US$ | -12.00 | 14 | PC(S) | -$168.00 |
|  | *Silicone case for ipod shuffle* | *4.00* | | *50pcs* | | *200* |
|  | *Leather case* | *4.50* | | *50pcs* | | *225* |
| SHIPPING FEE | DHL SHIPPING FEE<br>*Add shipping* | US$ | 1,100.00 | 1 | PC(S) | $1,100.00<br>*47.00* |
|  | SAY US DOLLARS SEVEN THOUSAND FIVE HUNDRED TWENTY EIGHT ONLY. | | | | | |

| | | |
|---|---|---|
| Total : | US$ | 7,528.00 |
| Deposite : | | $0.00 |
| Balance : | | US$7,528.00 |

JP'S (HK) Limited

A separate receipt will be issued upon payment received.
Kindly remit the amount by a crossed cheque payable to
" JPS (HK) Limited ".

Customer's Sign & Chop                    Issued By                                    E.& O. E.



Municipal Employees Credit Union of Baltimore, Inc.
401 E. Fayette Street, Baltimore MD 21202
Tel: (410) 752-8313 Fax: (410) 223-4044 Attn: Operations

## REQUEST FOR WIRE TRANSFER

Date: 3/24/05    Time of Request: 11:48

Amount of Wire: EIGHT THOUSAND US DOLLARS (In U.S. Dollars) ($8,000)

Member's Name: AMADI NWOKOCHA    Telephone Number: 443-413-2346

Member's MECU Account#: 359866    Type of Account: CHECKING

Member's Address: 11 ASTRO COURT, BALTIMORE, MD 21234

Driver's License Number: N-220-066-001-268

### INFORMATION ON RECEIVING BANK

Bank's Name: THE HONG KONG SHANGHAI BANKING CORPORATION LIMITED    Telegraph Name:

Bank's Address: SHOP No.1 G/F, FA YUEN PLAZA, 39-55 SAI YEE STR. MONG KOK HONG KONG

Bank's ABA # (Routing and Transit #): HSBC HKHHHKH

### ACCOUNT INFORMATION AT RECEIVING BANK

Account Name(s): JP'S (HONG KONG) LTD

Account Number: 534-517909-001

Beneficiary's Address: RM 1108-10 GOLDEN ERA PLAZA, 39-55 SAI YEE STR. MONG KOK, HONG KONG

Any Special Instructions:

I hereby request the Municipal Employees Credit Union of Baltimore, Inc. to charge my account as listed above for the amount of the wire and the wire fee. I understand that MECU is not responsible for any loss which may be sustained by acting upon my wire transfer instructions, except for a loss caused by MECU's error or omission; that recalled funds will be credited to my account only after the funds have been returned to MECU and that tracer requests (at my expense) on overseas wires will be accepted after a fifteen (15) day period has elapsed.

Payment instructions identifying a beneficiary (receiver) by name and account number may be settle by account number, even if the name does not correspond to that account.

Payment instructions identifying an Intermediary of beneficiary's bank by bank name and routing and transit number may settle by number, even if the name does not correspond to that number.

Member's Signature    Date: 3/24/05

### FOR MECU PERSONNEL USE ONLY:

MSR/TELLER#    SUPRV. APPR    VP APPR

Date & Time Received in Wire Department:

MECU Employee Initiating Wire:    (Name & Initials)

Call Back: Date    Identifying Information:    Last deposit amount $

Time    Last transaction date

OFAC Checked? (attach documents) Yes ☐    No ☐

Wire Verified By:    Wire Sent By:



# JP'S (Hong Kong) Limited

Unit 1108 - 10, 11/F, Golden Era Plaza, 39-55 Sai Yee Street, Mong Kok, HK

Telephone : 852-2781 2396                                          Fax : 852-2781 2316

## INVOICE

SOLD TO : Vinamglobal
    11 Astro Court
    Baltimore MD 21234

Attn : I Amadi

Tel : 443 413 2346      Fax :

Invoice No.   : JI-05031170-VG

Date   :   5-Mar-05

Customer Code :   VG

Payment Term :   C.O.D

| Item | Descriptions | Unit Price | | Qty. | | Total |
|------|-------------|-----------|---|------|---|-------|
| CAR 3 IN 1 KIT | FM Transmitter+Charger+car stand | US$ | 15.00 | 200 | PC(S) | $3,000.00 |
| RC-IBB | IPOD SHUFFLE SILICONE CASE COLOR | US$ | 4.50 | 10 | PC(S) | $45.00 |
| RC-IPOD 20G | IPOD 4G SILICONE CASE FOR 20G | US$ | 3.50 | 10 | PC(S) | $35.00 |
| RC-IPOD 40G | IPOD 4G SILICONE CASE FOR 40G | US$ | 3.50 | 10 | PC(S) | $35.00 |
| RC-IPOD 60G | IPOD 4G SILICONE CASE FOR 60G | US$ | 3.50 | 10 | PC(S) | $35.00 |
| IBB-01 | IPOD SHUFFLE LEATHER CASE | US$ | 5.00 | 10 | PC(S) | $50.00 |
| IPOD-CHRFM | IPOD CAR CHARGER AND FM TRACMITTER | US$ | 10.00 | 20 | PC(S) | $200.00 |
| SHIPPING FEE | DHL SHIPPING FEE | US$ | 420.00 | 1 | PC(S) | $420.00 |

SAY US DOLLARS THREE THOUSAND EIGHT HUNDRED TWENTY ONLY.

|  |  |  |
|---|---|---|
| Total : | US$ | 3,820.00 |
| Deposite : |  | $0.00 |
| Balance : |  | US$3,820.00 |

JP'S (HK) Limited

A separate receipt will be issued upon payment received.
Kindly remit the amount by a crossed cheque payable to
" JP'S (HK) Limited " .

_____          _____
Customer's Sign & Chop                  Issued By                                                    E.& O. E.



Municipal Employees Credit Union of Baltim. Inc.
401 E. Fayette Street, Baltimore MD 21202
Tel: (410) 752-8313 Fax: (410) 223-4044 Attn: Operations

## REQUEST FOR WIRE TRANSFER

Date: 3/7/05                                         Time of Request: 2:40 PM   MARCH 7,05

Amount of Wire  THREE THOUSAND, EIGHT HUNDRED AND TWENTY=   ($3,820)
(In U.S. Dollars)

Member's Name:  AMADI NWOKOCHA   Telephone Number  443-413-2346

Member's MECU Account#  359866    Type of Account  CHECKING

Member's Address  11 ASTRO COURT, BALTIMORE, MD 21234

Driver's License Number  N-220-066-001-268

### INFORMATION ON RECEIVING BANK

Bank's Name THE HONG KONG SHANGHAI BANKING CORPORATION LIMITED    Telegraph Name

Bank's Address SHOP No 1 G/F, FA YUEN PLAZA, 39-55 SAI YEE STR. MONG KOK
HONG KONG

Bank's ABA # (Routing and Transit #)  HSBC HKHHHKH

### ACCOUNT INFORMATION AT RECEIVING BANK

Account Name(s)  JP'S (HONG KONG) LTD

Account Number  534-517909-001

Beneficiary's Address RM 1108-10 GOLDEN ERA PLAZA, 39-55 SAI YEE STR.
Any Special Instructions  MONG KOK, HONG KONG.

I hereby request the Municipal Employees Credit Union of Baltimore, Inc. to charge my account as listed above for the amount of the wire and the wire fee. I understand that MECU is not responsible for any loss which may be sustained by acting upon my wire transfer instructions, except for a loss caused by MECU's error or omission; that recalled funds will be credited to my account only after the funds have been returned to MECU and that tracer requests (at my expense) on overseas wires will be accepted after a fifteen (15) day period has elapsed.

Payment instructions identifying a beneficiary (receiver) by name and account number may be settle by account number, even if the name does not correspond to that account.

Payment instructions identifying an intermediary of beneficiary's bank by bank name and routing and transit number may settle by number, even if the name does not correspond to that number.

Member's Signature _____                    3/7/05
Date _____

### FOR MECU PERSONNEL USE ONLY:

MSR/TELLER# 1465          SUPRV. APPR.                     VP APPR.

Date & Time Received in Wire Department:

MECU Employee Initiating Wire: Jabena Wilson          (Name & Initials)

Call Back: Date                      Identifying Information:   Last deposit amount  $

Time                                                    Last transaction date

OFAC Checked? (attach documents) Yes ☐   No ☐

Wire Verified By:                              Wire Sent By:

# GHB INTERNATIONAL LIMITED

Add: 7/F, Kin On Commercial Building, 49-51 Jervois Street, Sheung Wan, Hong Kong
TEL: 852-21527388  FAX: 852-21527399

## PROFORMA INVOICE

客户:
To: MESSRS

Amadi Nwokocha

发票号码
Invoice No:  GHB2005-001

合同号码
Sales Contract No:  GHBS2005-001

地址
ADDRESS:

VinamGlobal, 11 Astro Court, Baltimore, Maryland 21234, USA
Tel: 410-296-5404    443-413-2346

日期
Date:

Feb.28, 2005

| 装运港: FROM: | 目的港: TO: | 运输方式: SHIPPED PER: | |
|---|---|---|---|
| Shenzhen, China | Maryland, USA | By Courier | |
| 装运日期: SAILING ON: 7 days upon receipt of your down payment | | 结汇方式: PAY BY: | T/T |
| 保险: INSURANCE: | | | |
| 备注: | | | |

| 装运暧头 MARKS | 品 名 规 格 DESCRIPTION | 数量 QTY (pc) | 单价 UNIT PRICE (EXW SHENZHEN) | 金 额 AMOUNT |
|---|---|---|---|---|
| | iPod Leather case | 25 | US$4.50 | US$112.50 |
| | iPod Mini Leather case | 25 | US$4.50 | US$112.50 |
| | iPod silicone case | 10 | US$4.50 | US$45.00 |
| | iPod Mini silicone case | 10 | US$4.50 | US$45.00 |
| N/M | | | | |
| | Shipping cost | | | US$130.00 |
| | **TOTAL:** | | | US$445.00 |

SAY US DOLLARS ONE THOUSAND TWO HUNDRED AND NINETY ONLY.

*THE SELLERS' BANK DETAIL*

Standard Chartered Bank, Shenzhen
SWIFT Code: SCBLCNSXSHZ
Account Name:GHB INTERNATIONAL LIMITED
Account No: 4399680411

Customer Receipt / Recibo del Cliente                          www.westernunion.com

```
JPERFRESH #829                        Oper ID: 412 Money Transfer Send
238 PUTTY HILL AVE                    03/04/05    Envio de Dinero
OWSON MD 21286                        812P EST    MTCN: 881-537-1374

ender/Remitente: AMADI NWOKOCHA
eceiver/Destinatario: BIN WANG

vailable In/Disponible en: CHINA USD
ayout amount/Cantidad de pago: 445.00 US Dollar
xchange Rate/Tipo de cambio:    1.0000000


estern Union Card Number / Numero de Tarjeta: 171668503
otal WU Card Points/Total puntos en tarjeta WU        : 195
ssigned WU Card Points/Puntos asignados a la tarjeta WU  : 5


                              Amount/Cantidad:     $   445.00
                              Charge(s)/Cargos:
                                Service/Servicio:      14.00
                                Total/Total:       $   459.00
```

CHECK YOUR REWARD POINTS ABOVE! Call 1-888-825-6060 to redeem for rewards
like a $30 service fee reduction, a $150 gift check and much more! Did you
now you can use your phone number in case you forget your Gold Card?

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

ERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGN
IG THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. *IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEI
CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF LIST
D ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THI
XCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN /
TRANGER ASKS YOU TO SEND MONEY.

LGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. A!
RMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNIOI
MBIEN GANA DINERO CUANDO CAMBIA SUS DOLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DI
ONEDA. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. S
, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO U!
ESCONOCIDO LE PIDA QUE ENVÍE DINERO.

'OU EARNED 5 (INT'L) OR 20 (US) MINUTES OF PHONE TIME! Phone time is
oaded directly on your Card. Call instructions are on the Card back.
ates as low as 3.9c/minute for US calls! No fee to buy phone time.

# $\mathcal{JP'S}$ (Hong Kong) Limited

**Unit 1108 - 10, 11/F, Golden Era Plaza, 39-55 Sai Yee Street, Mong Kok, HK**

Telephone : 852-2781 2396                                                  Fax : 852-2781 2316

## INVOICE

SOLD TO : Vinamglobal

    11 Astro Court

    Baltimore MD 21234

Attn : I Amadi

Tel :  443 413 2346        Fax :

|  | | |
|---|---|---|
| Invoice No. | : | JI-05011059-VG (REV) |
| Date | : | 14-Feb-05 |
| Customer Code : | | VG |
| Payment Term : | | C.O.D |

| Item | Descriptions | Unit Price | | Qty. | | Total |
|------|-------------|-----------:|---|-----:|---|------:|
| CAR 3 IN 1 KIT | FM Transmitter+Charger+car stand | US$ | 15.00 | 300 | PC(S) | $4,500.00 |
| IDOCK | idock for ipod/ipod mini | US$ | 10.00 | 200 | PC(S) | $2,000.00 |
| IPOD4G-40HC | IPOD 4G 40G Hang bag | US$ | 8.00 | 10 | PC(S) | $80.00 |
| IPOD40HC-60C | Ipod 4G/Photo ipod leather hard case | US$ | 13.00 | 10 | PC(S) | $130.00 |
| IPOD MINI VHC | Mini ipod v20c | US$ | 8.00 | 20 | PC(S) | $160.00 |
| IPOD MINI-B10 | Mini ipod B10 | US$ | 8.00 | 10 | PC(S) | $80.00 |
| MIHC-1 | Leather hard case for mini | US$ | 12.00 | 10 | PC(S) | $120.00 |
| IDOCK | idock for ipod ALL VERSION | US$ | -20.00 | 48 | PC(S) | $960.00 |
| SHIPPING FEE | DHL SHIPPING FEE | US$ | 1,045.00 | 1 | PC(S) | $1,045.00 |

SAY US DOLLARS SEVEN THOUSAND ONE HUNDRED FIFTY FIVE ONLY.

| | | |
|---|---|---:|
| **Total :** | US$ | 7,155.00 |
| **Deposite :** | | $0.00 |
| **Balance :** | | US$7,155.00 |

JP'S (HK) Limited

A separate receipt will be issued upon payment receievend.
Kindly remit the amount by a crossed cheque payable to
" JP'S (HK) Limited " .

Customer's Sign & Chop                    Issued By                    E.& O. E.



Municipal Employees Credit Union of Baltimc    .nc.
401 E. Fayette Street, Baltimore MD 21202
Tel: (410) 752-8313 Fax: (410) 223-4044. Attn: Operations

## REQUEST FOR WIRE TRANSFER

Date: 2|15|05                                    Time of Request:

Amount of Wire SEVEN THOUSAND ONE HUNDRED AND FIFTY FIVE ($7,155=)
(In U.S. Dollars)

Member's Name: AMADI NWOKOCHA    Telephone Number 443-413-2346

Member's MECU Account# 359866        Type of Account  CHECKING

Member's Address 11 ASTRO COURT, BALTIMORE, MD 21234

Driver's License Number N-220-066-001-268

### INFORMATION ON RECEIVING BANK

Bank's Name THE HONG KONG SHANGHAI BANKING CORPORATION LIMITED    Telegraph Name

Bank's Address SHOP No 1. G/F, FA YUEN PLAZA, 39-55 SAI YEE STR. MONG KOK HONG KONG

Bank's ABA # (Routing and Transit #)  HSBC HKHHHKH

### ACCOUNT INFORMATION AT RECEIVING BANK

Account Name(s) JP's (HONG KONG) LTD

Account Number 534-517909-001

Beneficiary's Address RM 1108-10 GOLDEN ERA PLAZA, 39-55 SAI YEE STR. MONG KOK, HONG KONG

Any Special Instructions

  I hereby request the Municipal Employees Credit Union of Baltimore, Inc. to charge my account as listed above for the amount of the wire and the wire fee. I understand that MECU is not responsible for any loss which may be sustained by acting upon my wire transfer instructions, except for a loss caused by MECU's error or omission; that recalled funds will be credited to my account only after the funds have been returned to MECU and that tracer requests (at my expense) on overseas wires will be accepted after a fifteen (15) day period has elapsed.
  Payment instructions identifying a beneficiary (receiver) by name and account number may be settle by account number, even if the name does not correspond to that account.
  Payment instructions identifying an intermediary of beneficiary's bank by bank name and routing and transit number may settle by number, even if the name does not correspond to that number.

Member's Signature                                    2|15|05
                                                      Date

### FOR MECU PERSONNEL USE ONLY

MSR/TELLER#                SUPRV. APPR.                VP.APPR

Date & Time Received in Wire Department:

MECU Employee Initiating Wire:                        (Name & Initials)

Call Back: Date                Identifying Information: Last deposit amount - $

          Time                                        Last transaction date

          OFAC Checked? (attach documents)  Yes ☐    No ☐

                                    Wire Sent By:

# JP'S (Hong Kong) Limited

Unit 1108 - 10, 11/F, Golden Era Plaza, 39-55 Sai Yee Street, Mong Kok, HK

Telephone : 852-2781 2396                                       Fax : 852-2781 2316

## INVOICE

SOLD TO : Vinamglobal
    11 Astro Court
    Baltimore MD 21234

Attn : I Amadi

Tel : 443 413 2346        Fax :

Invoice No.   : JI-05011059-VG

Date   :   25-Jan-05

Customer Code :   VG

Payment Term :   C.O.D

| Item | Descriptions | Unit Price | | Qty. | | Total |
|------|-------------|-----------|---|------|---|-------|
| CAR 3 IN 1 KIT | FM Transmitter+Charger+car stand | US$ | 15.00 | 100 | PC(S) | $1,500.00 |
| IDOCK | idock for ipod/ipod mini | US$ | 10.00 | 100 | PC(S) | $1,000.00 |
| SHIPPING FEE | DHL SHIPPING FEE | US$ | 400.00 | 1 | PC(S) | $400.00 |

SAY US DOLLARS TWO THOYSAND NINE HUNDRED THIRTY ONLY.

| | | |
|---|---|---|
| Total : | US$ | 2,900.00 |
| Deposite : | | $0.00 |
| Balance : | | US$2,900.00 |

JP'S (HK) Limited

A separate receipt will be issued upon payment receieved.
Kindly remit the amount by a crossed cheque payable to
" JP'S (HK) Limited " .

Customer's Sign & Chop      Issued By      E.& O. E.

400 L rayette Street, Baltimore MD 21201
l: (410) 752-8313  Fax: (410) 223-4044  Attn: Operations

## REQUEST FOR WIRE TRANSFER

Date: 1/25/05                     Time of Request: _____

Amount of Wire  $2,900 = (TWO THOUSAND, NINE HUNDRED    (In U.S. Dollars)

Member's Name:  AMADI NWOKOCHA  Telephone Number  443-413-2346

Member's MECU Account#  259866    Type of Account  CHECKING

Member's Address  11 ASTRO COURT, BALTIMORE, MD 21234

Driver's License Number  N-220-066-001-268

### INFORMATION ON RECEIVING BANK

Bank's Name  THE HONG KONG SHANGHAI BANKING CORPORATION LIMITED    Telegraph Name _____

Bank's Address  SHOP No 1 G/F, FA YUEN PLAZA, 39-55 SAI YEE STR. MONG KOK HONG KONG

Bank's ABA # (Routing and Transit #)  HSBC HKHHHKH

### ACCOUNT INFORMATION AT RECEIVING BANK

Account Name(s)  JP'S (HONG KONG) LTD

Account Number  534-517909-001

Beneficiary's Address  RM1108-10 GOLDEN ERA PLAZA, 39-55 SAI YEE STR. MONG KOK, HONG KONG

Any Special Instructions _____

I hereby request the Municipal Employees Credit Union of Baltimore, Inc. to charge my account as listed above for the amount of the wire and the wire fee. I understand that MECU is not responsible for any loss which may be sustained by acting upon my wire transfer instructions, except for a loss caused by MECU's error or omission; that recalled funds will be credited to my account only after the funds have been returned to MECU and that tracer requests (at my expense) on overseas wires will be accepted after a fifteen (15) day period has elapsed.

Payment instructions identifying a beneficiary (receiver) by name and account number may be settle by account number, even if the name does not correspond to that account.

Payment instructions identifying an intermediary of beneficiary's bank by bank name and routing and transit number may settle by number, even if the name does not correspond to that number.

Member's Signature _____                Date  1/25/05

### FOR MECU PERSONNEL USE ONLY:

MSR/TELLER _____    SUPRV. APPR _____    VP APPR _____

Date & Time Received in Wire Department: _____

MECU Employee Initiating Wire: _____                (Name & Initials)

Call Back: Date _____    Identifying Information:  Last deposit amount  $ _____

Time _____                Last transaction date _____

OFAC Checked? (attach documents)  Yes ☐    No ☐

Wire Verified By: _____        Wire Sent By: _____

*/0*

# JP'S (Hong Kong) Limited

**Unit 1108 - 10, 11/F, Golden Era Plaza, 39-55 Sai Yee Street, Mong Kok, HK**

Telephone : 852-2781 2396                                    Fax : 852-2781 2316

## INVOICE

SOLD TO : Vinamglobal                                    Invoice No.    : JI-05011018-VG

   11 Astro Court

   Baltimore MD 21234                              Date          :    8-Jan-05

Attn : Ken

                            Customer Code :    VG

Tel :   443 413 2346    Fax :                              Payment Term :    C.O.D

| Item | Descriptions | Unit Price | | Qty. | | Total |
|------|-------------|-----------|--|------|--|-------|
| CAR 3 IN 1 KIT | FM Transmitter+Charger+car stand | US$ | 15.00 | 10 | PC(S) | $150.00 |
| IDOCK | idock for ipod/ipod mini | US$ | 10.00 | 20 | PC(S) | $200.00 |
| IDOCK-1 | idock for ipod photo/ipod 4G/mini | US$ | 20.00 | 50 | PC(S) | $1,000.00 |
| Mini ipod-B | Mini ipod-B | US$ | 8.00 | 10 | PC(S) | $80.00 |
| Mini ipod v10c | Mini ipod v10c | US$ | 8.00 | 10 | PC(S) | $80.00 |
| Mini ipod- 21N1 | Mini ipod- 21N1 | US$ | 8.00 | 10 | PC(S) | $80.00 |
| Mini ipod VHc | Mini ipod VHc | US$ | 8.00 | 10 | PC(S) | $80.00 |
| Mini ipod  v20c | Mini ipod  v20c | US$ | 8.00 | 20 | PC(S) | $160.00 |
| Mini ipod B10 | Mini ipod B10 | US$ | 8.00 | 10 | PC(S) | $80.00 |
| ~~Arm Strap band~~ | ~~Arm Strap band~~ | ~~US$~~ | ~~12.00~~ | ~~10~~ | ~~PC(S)~~ | ~~$120.00~~ |
| MHC-1 | Leather hard case for mini | US$ | 12.00 | 10 | PC(S) | $120.00 |
| Ipod-B2 | Ipod-B2 | US$ | 8.00 | 10 | PC(S) | $80.00 |
| Ipod-Bc | Ipod-Bc | US$ | 8.00 | 10 | PC(S) | $80.00 |
| Ipod Hang bag | Ipod Hang bag | US$ | 8.00 | 10 | PC(S) | $80.00 |
| IPOD4GHC-40C | Ipod 4G/Photo ipod leather hard case | US$ | 13.00 | 10 | PC(S) | $130.00 |
| SHIPPING FEE | DHL SHIPPING FEE | US$ | 311.00 | 1 | PC(S) | $311.00 |

SAY US DOLLARS TWO THOYSAND EIGHT HUNDRED THIRTY ONE ONLY.

| | | |
|--|--|--|
| Total : | US$ | 2,831.00 |
| Deposite : | | $0.00 |
| Balance : | | US$2,831.00 |

JP'S (HK) Limited

A separate receipt will be issued upon payment received.
Kindly remit the amount by a crossed cheque payable to
" JP'S (HK) Limited ".

E & O E



Municipal Employees Credit Union of Baltimore, Inc.
401 E. Fayette Street, Baltimore MD 21202
Tel: (410) 752-8313 Fax: (410) 223-4044 Attn: Operations

## REQUEST FOR WIRE TRANSFER

Date: 1|10|05          Time of Request: _____

Amount of Wire TWO THOUSAND, EIGHT HUNDRED AND THIRTY-ONE ($2,831) (In U.S. Dollars)

Member's Name: AMADI NWOKOCHA   Telephone Number 443-413-2346

Member's MECU Account# 359866   Type of Account CHECKING

Member's Address 11 ASTRO COURT, BALTIMORE, MD 21234

Driver's License Number N-220-066-001-268

### INFORMATION ON RECEIVING BANK

Bank's Name THE HONG KONG SHANGHAI BANKING CORPORATION LIMITED   Telegraph Name _____

Bank's Address SHOP No 1, G/F, FA YUEN PLAZA, 39-55 SAI YEE STR. MONG KOK HONG KONG

Bank's ABA # (Routing and Transit #) HSBC HKHHHKH

### ACCOUNT INFORMATION AT RECEIVING BANK

Account Name(s) JP'S (HONG KONG) LTD

Account Number 534-517909-001

Beneficiary's Address RM 1108-10 GOLDEN ERA PLAZA, 39-55 SAI YEE STR. MONG KOK, HONG KONG

Any Special Instructions _____

I hereby request the Municipal Employees Credit Union of Baltimore, Inc. to charge my account as listed above for the amount of the wire and the wire fee. I understand that MECU is not responsible for any loss which may be sustained by acting upon my wire transfer instructions, except for a loss caused by MECU's error or omission; that recalled funds will be credited to my account only after the funds have been returned to MECU and that tracer requests (at my expense) on overseas wires will be accepted after a fifteen (15) day period has elapsed.

Payment instructions identifying a beneficiary (receiver) by name and account number may be settle by account number, even if the name does not correspond to that account.

Payment instructions identifying an intermediary of beneficiary's bank by bank name and routing and transit number may settle by number, even if the name does not correspond to that number.

Member's Signature _____   Date 1|10|05

### FOR MECU PERSONNEL USE ONLY:

MSR/TELLER# 131/ MB          SUPRV. APPR. _____          VP APPR. _____

Date & Time Received in Wire Department: _____

MECU Employee Initiating Wire: _____ (Name & Initials)

Call Back: Date _____   Identifying Information: Last deposit amount $ _____

Time _____                          Last transaction date _____

OFAC Checked? (attach documents) Yes ☐   No ☐

Wire Verified By: _____          Wire Sent By: _____

# KL TRADEHOUSE

3420 west st.germain apt#312

stcloud MN 56301

TEL: 3202376919



To: Amandi Nwokocha

: 443-4132346

# Proforma Invoice

| Date | Invoice No. | Our Ref. |
|------|-------------|----------|
| 8/3/2005 | USCA | BT |
| Buyer | | |

| | Payment Terms T/T | | Country of Original U.S.A |
|---|---|---|---|
| | BY EXPRESS | | |
| | USA | | Delivery Date | 3 - 5 days |

| Destination Goods with Description | Quantities (PCS) | Unit Price (USD) | Amount (USD) | Remarks |
|---|---|---|---|---|
| HS850 | | | | |
| HS820 | 100 | 49.00 | 4900.00 | |
| NOKIA HS4W | 100 | 34.00 | 3400.00 | |
| | 100 | 50.00 | 5000.00 | |
| TOTAL | | | 13300.00 | |

Bank Information

Account Name : KAR LEONG LAU

Account Number : 7114839868

Routing Number : 091000019

Customer Signing back

KL. LAU

OWNERS

Bank of America

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA            18507

AMADI NWOKOCHA DBA
VINAMGLOBAL
11 ASTRO CT
BALTIMORE MD   21234-6016

DATE: 08/04/05
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT: 003937274744

HE FOLLOWING WIRE WAS DEBITED TODAY:

TRANSACTION REF:       2005080400122753
RELATED REF:           01050804003503NN
ORIGINATOR:            AMADI NWOKOCHA
INSTRUCTING BANK:      BANK OF AMERICA NA - BFT
BENEFICIARY:           KAR LEONG LAU
BENEFICIARY'S BANK:    WELLS FARGO NA

USD AMOUNT $13,300.00

SERVICE REF: 001650
IMAD: 20050804B6B7HU6R001650
ID: ID/OTHR/N220066001268
ID: BFTA
ID: 7114839868
ID: NCX:121000248

# Bank of America

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY                PA6-580-04-05
SCRANTON, PA               18507

AMADI NWOKOCHA DBA
VINAMGLOBAL
11 ASTRO CT
BALTIMORE MD  21234-6016

*12*

DATE: 06/20/05
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT: 003937274744

---

E FOLLOWING WIRE WAS DEBITED TODAY:

| | |
|---|---|
| ANSACTION REF: | 2005062000122483 |
| LATED REF: | 0105062000256 9NN |
| IGINATOR: | AMADI NWOKOCHA |
| STRUCTING BANK: | BANK OF AMERICA NA - BFT |
| NEFICIARY: | JP'S (HONG KONG) LTD |
| NEFICIARY'S BANK: | HONG KONG AND SHANGHAI BANKING CORP |

USD AMOUNT $1,691.00

SERVICE REF: 592329

ID: ID/OTHR/N220066001268
ID: BFTA
ID: 534517909-001
ID: NYK:006550390580

---

E FOLLOWING WIRE WAS DEBITED TODAY:

| | |
|---|---|
| ANSACTION REF: | 2005062000121457 |
| LATED REF: | 0105062000246 0NN |
| IGINATOR: | AMADI NWOKOCHA |
| STRUCTING BANK: | BANK OF AMERICA NA - BFT |
| NEFICIARY: | KAR LEONG LAU |
| NEFICIARY'S BANK: | WELLS FARGO NA |

USD AMOUNT $15,000.00

SERVICE REF: 002023
IMAD: 20050620B6B7HU7R002023
ID: ID/OTHR/N220066001268
ID: BFTA
ID: 7114839868
ID: NCX:121000248

**KL TRADEHOUSE**

1111 7th ve south apt#106

stcloud MN 56301

TEL: 3202242358

*13*

I To: Amandi Nwokocha

I: 443-4132346

# Proforma Invoice

| Date | Invoice No. | Our Ref. |
|------|-------------|----------|
| 6/2/2005 | USCA | BT |
| Buyer | | |

| | | Payment Terms<br>T/T | | | Country of Original<br>U.S.A |
|---|---|---|---|---|---|
| | | BY EXPRESS | | | |
| | | USA | | Delivery Date | 3 - 5 days |
| Destination | | Quantities (PCS) | Unit Price (USD) | Amount (USD) | Remarks |
| oods with Description | | | | | |
| HS850 | | 300 | 50.00 | 15000.00 | |
| TOTAL | | | | 15000.00 | |

ank Information

ccount Name : KAR LEONG LAU

sseunt Number : 7114839868

ounting Number : 091000019

Customer Signing back

KL. LAU

OWNERS

# Bank of America

**Funds Transfer Request and Authorization**

## Section I: Requester/Originator Information

Name: _Amada Nwokocha_
Telephone #: _443·413 - 2346_
Date Wire to be Sent: _6/02/05_
Address: _11 Astro Ct._
City: _Baltimore_
State: _Md_
Zip: _21234_

| | Customer ID Type | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|---|
| 1. | DL | 1. N-220·066·001·268 | 1. Md | 1. 3/04/03 | 1. 4/05/08 |
| 2. | BofA ckcd. | 2. N/A   9504 | 2. N/A | 2. N/A | 2. N/A |

## Section II: Associate Accepting Wire

Associate Name: _Liliana Mora_
Unit #/Work Phone #: _410·6054198_   _3302306_
Date: _6/2/05_
Time: _1:45_
Mailcode: _MH4302-01-0_

Callback Required if Phone, Fax or Letter ☐ Yes ☐ N/A   Name of Person Contacted: _____
Date/Time: _____
Callback Completed by: _____
Market Approval (if required): _____

## Section III: Transfer Payment Instructions (Domestic and US Dollar International only)

Amount of Wire: $ _15,000_   _0_
Debit Account Type (circle one): (CHKG) SAV ICA GL   Serial # (For ICA/GL) or Repetitive ID#: _____
Source: ☐ Fax ☐ Phone ☐ Letter   ☑ OTC

Account to Debit: _0039 3727 4744_
State: _Md_
Available Balance: $ _16,573.88_
Account Title: _Vina M Global_

Overdraft Amount: $ _____
Overdraft Approved by (Name & Signature): _____
Date: _____
Wire Fee: $ _____

## Section IV: Transfer Payment Instructions (Foreign Currency International only)

USD Amount of Wire: $ _____
Country: _____
Rate: _____
Foreign Currency Amount: _____
FX Reference ID (if applicable): _____

Debit Account Type (circle one): CHKG SAV ICA GL   Serial # (For ICA/GL) or Repetitive ID#: _____
Source: ☐ Fax ☐ Phone ☐ Letter   ☐ OTC

Account to Debit: _____
State: _____
Available Balance: $ _____
Account Title: _____

Overdraft Amount: $ _____
Overdraft Approved by (Name & Signature): _____
Date: _____
Wire Fee: $ _____

## Section V: Wire Information

Beneficiary Name: _Kur Leony Lau_
Beneficiary Account #: _711 4839 868_

Beneficiary Address: Street: _____
City: _St. Cloud_
State: _MN_
Country: _U.S._
Zip: _____

Beneficiary Bank Name: _Wells Fargo_
ABA #/Swift #: _121 000 248_

Beneficiary Bank Address (if available) Street: _____
City: _St. Cloud_
State: _MN_
Country: _U.S._
Zip: _____

Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival): _____

Send Thru Bank (if available): _____
ABA #/Swift #: _____

Send Thru Bank Address    Street: _____
City: _____
State: _____
Country: _____
Zip: _____

## Section VI: Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see reverse side) and applicable fees.

Customer's Signature: X _____
Date of Request: _6/2/03_

## Section VII: Wire System Entry/Approval

BAT Approval Authorization # (if applicable): _____

Wire Entered By: Name/Signature (attach BFT screens 3 & 4)
Print: _Liliana Mora_
Signature: _____
BFT System Time: _____
BFT Sequence #: _0105060200424/_

**Bank of America**

BANK OF AMERICA, N.A.                    PAGE 1 OF 1
WIRE TRANSFER ADVICE
1 FLEET WAY                              PA6-580-04-05
SCRANTON, PA                              18507

AMADI NWOKOCHA DBA
VINAMGLOBAL
11 ASTRO CT
BALTIMORE MD  21234-6016

DATE: 06/02/05
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT: 003937274744

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $15,000.00

TRANSACTION REF:    2005060200145675
RELATED REF:        0105060200424INN
ORIGINATOR:         AMADI NWOKOCHA
INSTRUCTING BANK:   BANK OF AMERICA NA - BFT
BENEFICIARY:        KAR LEONG LAU
BENEFICIARY'S BANK: WELLS FARGO NA

SERVICE REF: 002203
IMAD: 20050602B6B7HU4R002203
ID: ID/OTHR/N220066001268
ID: BFTA
ID: 7114839868
ID: 121000248

*14*

**Cmetro**

Telemetro Communications (Hong Kong) Ltd.


| | | |
|---|---|---|
| NO: | PI-101102 | **Date: Oct 11, 2005** |
| MESSRS: | Amadi Nwokocha | |

amadinwokocha@yahoo.co.uk

Vinam Global

18 White Laurel Court

Baltimore, MD 21220

USA

Phone: 1-443-413-2346

**SHIPPING MARK**

⬦ TM ⬦

### PROFORMA INVOICE

| ITEM | PRODUCT DESCRIPTION | QTY | U/P USD | T/P USD |
|---|---|---|---|---|
| | Refurbished Mobile Phone, | | | |
| | including 1 pc each of handset, compatible battery, car | | | |
| | and travel charger, English manual and gift box | | | |
| | and special: handsfree and leather case | | | |
| | | | | |
| 1 | Nokia 8890 | 40 | $71.0 | $2,840.0 |
| 2 | Motorola V66 | 50 | $33.0 | $1,650.0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Credit for FEDEX refund (#848008085897) | | | ($218.0) |
| | EMS Charge to US | | | $382.0 |
| | Insurance | | | $39.0 |
| | | | | |
| | **TOTAL IN USD** | | | $4,693.0 |

| | | |
|---|---|---|
| PRICES TERM: | FOB Hong Kong | |
| DELIVERY: | 4 days after payment received | |
| PAYMENT TERM: | T/T in advance | |
| BANK INFORMATION: | BENEFICIARY: Telemetro Communications (Hong Kong) Ltd. | |
| | ACCOUNT NUMBER: 259374999883 | |
| | BANK NAME: HANG SENG BANK, Hong Kong | |
| | SWIFT: HASEHKHH | |
| WARRANTY: | 45-days warranty for manufacturer's defect provided that warranty label is intact. | |

**OK**

Please do NOT accept the carton box/package
if the above tape mark is broken or disappear

**Bank of America**

**Funds Transfer Request**
**and Authorization**

### Section I: Requester/Originator Information

Name: Amadi Nwokocha
Telephone #: 443-413-2346
Date Wire to be Sent: 10-11-05

Address: 11 Astro Ct.
City: Balto
State: MD
Zip: 21234

| Customer ID Type | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| 1. D.L. | 1. N-220-066-00L263 | MD | 1. 3-4-03 | 1. 4-5-08 |
| 2. Check Card | 2. N/A 4635770800968 | N/A B of A | 2. N/A | 2. N/A 09/08 |

### Section II: Associate Accepting Wire

Associate Name: Bill Obrideid
Unit #/Work Phone #: 410-501-2200 ext 65x040
Date: 10/11/05
Time: 405
Mailcode: MD4302060

Callback Required if Phone, Fax or Letter: ☐ Yes ☐ N/A   Name of Person Contacted
Date/Time
Market Approval (if required)

Callback Completed by:

### Section III: Transfer Payment Instructions (Domestic and US Dollar International only)

Amount of Wire: $ 4,693.00
Debit Account Type (circle one) **CHKG** SAV ICA GL
Serial # (for ICA/GL) or Repetitive ID#
Source: ☐ Fax ☐ Phone ☑ OTC ☐ Letter

Account to Debit: 0039372H744
State: MD
Available Balance: $ 11,388.81
Account Title: Vicram global

Overdraft Amount: $
Overdraft Approved by (Name & Signature)
Date
Wire Fee: $ 45.

### Section IV: Transfer Payment Instructions (Foreign Currency International only)

USD Amount of Wire: $
Country
Rate
Foreign Currency Amount
FX Reference ID (if applicable)

Debit Account Type (circle one) CHKG SAV ICA GL
Serial # (For ICA/GL) or Repetitive ID#
Source: ☐ Fax ☐ Phone ☐ OTC ☐ Letter

Account to Debit
State
Available Balance: $
Account Title

Overdraft Amount: $
Overdraft Approved by (Name & Signature)
Date
Wire Fee: $

### Section V: Wire Information

Beneficiary Name: Telemetro Communications (HongKong) Ltd
Beneficiary Account #: 2593749 9883

Beneficiary Address: Street
City
State
Country
Zip

Beneficiary Bank Name: Hang Seng Bank
ABA #/Swift #: HASEHKHH

Beneficiary Bank Address (if available) Street
City
State
Country
Zip

Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival): Hong Kong

Send Thru Bank (if available)
ABA #/Swift #

Send Thru Bank Address   Street
City
State
Country
Zip

### Section VI: Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions note herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see reverse side) and applicable fees.

Customer's Signature:
Date of Request: 10/11/2005

### Section VII: Wire System Entry/Approval

BAT Approval Authorization # (if applicable)

Wire Entered by: Name/Signature (attach BFT screens 3 & 4)
BFT System Time: 15.12.01
BFT Sequence #: 0005/011 01/302

Print: Will Obrideid   Signature

Date of Entry and Approval: 10/11/05
Approved By (Name/Signature)
BFT System Time

Print:
Signature:

Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See TAO nw.help.block.cntry

*Cmetro*

Telemetro Communications (Hong Kong) Ltd 

| NO: | PI-092002-R1 | | Date: Sept 20, 2005 |
|---|---|---|---|
| MESSRS: | Amadi Nwokocha | | |
| | amadinwokocha@yahoo.co.uk | | SHIPPING MARK |
| | 11 Astro Court | | |
| | Baltimore, MD 21234 | | TM |
| | USA | | |
| | Phone: 1-443-413-2346 | | |

## PROFORMA INVOICE

| ITEM | PRODUCT DESCRIPTION | QTY | U/P USD | T/P USD |
|---|---|---|---|---|
| | Refurbished Mobile Phone, | | | |
| | including 1 pc each of handset, compatible battery, car | | | |
| | and travel charger, English manual and gift box | | | |
| | and special: handsfree and leather case | | | |
| | | | | |
| 1 | Motorola V66 | 40 | $33.0 | $1,320.0 |
| 2 | Motrola V60i | 20 | $40.0 | $800.0 |
| 3 | Siemens SL55 | 20 | $78.0 | $1,560.0 |
| 4 | Ericsson T39M | 50 | $33.0 | $1,650.0 |
| | | | | |
| | | | | |
| | FEDEX Charge to USA | | | $495.0 |
| | Insurance | | | $37.0 |
| | TOTAL IN USD | | | $5,862.0 |

| | | |
|---|---|---|
| PRICES TERM: | FOB Hong Kong | |
| DELIVERY: | 4 days after payment received | |
| PAYMENT TERM: | T/T in advance | |
| BANK INFORMATION: | BENEFICIARY: Telemetro Communications (Hong Kong) Ltd. | |
| | ACCOUNT NUMBER: 259374999883 | |
| | BANK NAME: HANG SENG BANK, Hong Kong | |
| | SWIFT: HASEHKHH | |
| WARRANTY: | 45-days warranty for manufacturer's defect provided that warranty label is intact. | |

BOK

Please do NOT accept the carton box/package
If the above tape mark is broken or disappear



**Bank of America**

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA       18507

AMADI NWOKOCHA DBA
VINAMGLOBAL*
18 WHITE LAUREL CT
BALTIMORE MD  21220-1745

DATE: 09/26/05
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT: 003937274744

THE FOLLOWING WIRE WAS DEBITED TODAY:

| | |
|---|---|
| TRANSACTION REF: | 2005092600175965 |
| RELATED REF: | 0105092600050700NN |
| ORIGINATOR: | AMADI NWOKOCHA DBA |
| INSTRUCTING BANK: | BANK OF AMERICA NA - BFT |
| BENEFICIARY: | TELEMETRO COMMUNICATIONS |
| BENEFICIARY'S BANK: | HANG SENG BANK LIMITED  (O) |

USD AMOUNT $5,862.00

SERVICE REF: 926054

ID: 003937274744
ID: BFTA
ID: 259374999883
ID: 006290390548