

**Telemetro Communications**

Tel: 81013791,  Fax: 81471875

NO:      PI-051606

MESSRS:   Amadi Nwokocha

amadinwokocha@yahoo.co.uk

11 Astro Court

Baltimore, MD 21234

USA

Phone: 1-443-413-2346

Date: May 16, 2005

SHIPPING MARK

TM

## PROFORMA INVOICE

| ITEM | PRODUCT DESCRIPTION | QTY | U/P USD. | T/P USD |
|------|---------------------|-----|----------|---------|
|  | Refurbished Mobile Phone, |  |  |  |
|  | including  1 pc each of handset, compatible battery,  car |  |  |  |
|  | and travel charger,  English manual and gift box |  |  |  |
|  | and special: handfree and leather case |  |  |  |
| 1 | Ericsson T39 | 70 | $35.0 | $2,450.0 |
| 2 | Motorola V66 | 50 | $42.0 | $2,100.0 |
|  | FEDEX Charge |  |  | $366.0 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **TOTAL IN USD** |  |  | **$4,916.0** |

PRICES TERM:          FOB Hong Kong

DELIVERY:             5 days after receiving payment

PAYMENT TERM:         T/T in advance

BANK INFORMATION:     BENEFICIARY: Telemetro Communications (Hong Kong) Ltd.

ACCOUNT NUMBER: 259374999883

BANK NAME: HANG SENG BANK, Hong Kong

SWIFT: HASEHKHH

WARRANTY:             45-days warranty for manufacturer's defect provided that warranty label is NOT broken.

Seller: Telemetro Communications (Hong Kong) Ltd.





Please do NOT accept the carton box/package
If the above tape mark is broken or disappear

**WESTERN UNION**

Customer Receipt / Recibo del Cliente

```
AMILTON PARK CITGO                    Oper ID: UZA  Money Transfer Send
301 NORTHERN PKWY                     05/21/05       Envio de Dinero
ALTIMORE MD 21214                     1238P EDT      MTCN: 524-641-9674
```

ender/Remitente: AMADI NWOKOCHA
eceiver/Destinatario: MUNWA CHAN

vailable In/Disponible en: HONG KONG USD
ayout amount/Cantidad de pago: 4,916.00 US Dollar
xchange Rate/Tipo de cambio:   1.0000000

estern Union Card Number / Numero de Tarjeta: 171668503
otal WU Card Points/Total puntos en tarjeta WU              : 335
ssigned WU Card Points/Puntos asignados a la tarjeta WU     : 15

```
                        Amount/Cantidad:      $ 4916.00
                        Charge(s)/Cargos:
                           Service/Servicio:      30.00
                        Total/Total:          $ 4946.00
```

HECK YOUR REWARD POINTS ABOVE! Accumulate Points & redeem for rewards like
5, $15, or $30 service fee reductions, gift cards & more. Save your Points
nd you can even earn a $150 gift check! Call 1-888-825-6060 to redeem.

gent Signature /
irma del Agente                           Customer Signature /
                                           Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
LEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ADEMAS DE LOS CARGOS POR EL SERVICIO DE
RANSFERENCIA, WESTERN UNION TAMBIEN GANA DINERO CUANDO CAMBIA SUS DOLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL
IDE. BY SIGNING THIS RECEIPT, YOU AGREE TO THOSE TERMS. CERTAIN TERMS GOVERNING THIS TRANSACTION ARE ON THE REVERSE
SIDE. BY SIGNING THIS RECEIPT, YOU AGREE TO THOSE TERMS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE
RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE
ECEIVER RECEIVES THE FUNDS. ALGUNOS TERMINOS QUE RIGEN ESTA TRANSACCION SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE
ECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA. SI APARECEN
AS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCION SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA
ASA DE CAMBIO SE ESTABLECERA CUANDO EL DESTINATARIO RECIBA EL DINERO.

OU EARNED 5 (INT'L) OR 20 (US) MINUTES OF PHONE TIME! Your time is
oaded directly on your Card.  Calling instructions are on the Card
ack, or dial 888-628-8862 & enter your personal PIN: 17493713425

DRCMICRNB 08/04
7044G



WESTERN UNION

PLEASE PRINT/*Por favor escriba*

**WESTERN UNION® GOLD OR PREFERRED CARD NUMBER**
*Número de la tarjeta Gold o Preferred de Western Union.*

**① RECEIVER INFORMATION**          *INFORMACIÓN DEL DESTINATARIO*

www.westernunion.com

**AGENT USE ONLY**
*Sólo para uso del Agente*

Sending money to/*Para enviar dinero a:*
- ☐ USA
- ☐ International (excludes Mexico) / *Internacional (no incluye a México)*

Country name: Hong Kong
*Nombre del país:*

Money transfer control number
*Número de control de transferencia*

**Dollar amount**/*Cantidad en dólares* **When sending $1,000 or more, you must provide identification and additional information.**
*Cuando envíe $1,000 ó más, usted tiene que proveer identificación e información adicional.*

$

Operator number
*Número de operador*

| Date *Fecha* | Sent time *Hora de envío* |
|---|---|

Receiver ___ WA CHAN
*Destinatario*
First Name/*Nombre*    Last Name/*Apellido paterno*    Name/*Apellido materno*

| I.D. type *Tipo de identificación* DL | Number *Número* M-220-066-00-23 |
|---|---|

Expected payout location
*Localidad donde se esperará el pago*     Hong Kong
City/*Ciudad*    State/*Estado*    Country/*País*

| Date of birth *Fecha de nacimiento* 04-05-1968 | Occupation *Ocupación* Accountant |
|---|---|

**② SENDER INFORMATION**          *INFORMACIÓN DEL REMITENTE*

Sender's name ___ MARKOCHY
*Nombre del remitente*
First Name/*Nombre*    Last Name/*Apellido*

| I.D. issuing state *Estado en que se expidió la identificación* MARYLAND | I.D. issuing country *País en que se expidió la identificación* US |
|---|---|

Sender's telephone
*Teléfono del remitente*

Sender's address
*Dirección del remitente*
Street/*Calle y número*

| 2nd I.D. Type *2° tipo de identificación* S.S.# 2/3-67-545 | 2nd I.D. Number *2° Número* |
|---|---|

City/*Ciudad*    State/*Estado*    MD    Zip/*Código postal* 20854

Amount
*Cantidad*     $

**③ OPTIONAL FEATURES**          *CARACTERÍSTICAS OPCIONALES*

Charge
*Cargo*     $

If sending less than $1,000 and the receiver does not have identification, complete the Test question and answer. (The maximum amount that can be picked up without I.D. is subject to change without notice.)
*Si el envío es menos de $1,000 y el destinatario no cuenta con una identificación, favor de anotar la pregunta de prueba y la respuesta. (La cantidad máxima que puede recogerse sin I.D. está sujeta a cambios sin previo aviso.)*

Message charge
*Cargo por el mensaje*     $

Test question (limit 4 words)/*Pregunta de Comprobación (límite 4 palabras):*
Question
*Pregunta*

Telephone or delivery charge
*Cargo por entrega a domicilio o llamada telefónica*     $

Answer
*Respuesta*

Tax
*Impuesto*     $

These optional services are available at an additional cost. Check services desired:
*Estos servicios opcionales están disponibles a un costo adicional. Marque el servicio que desee:*

- ☐ **Include this message**
  *Envíe este mensaje con el dinero*
- ☐ **Deliver check to the following address (selected international locations only):**
  *Entregue el cheque a la dirección siguiente (solamente en selectas localidades de agentes internacionales)*
- ☐ **Please call my receiver**
  *Llame por favor a mi destinatario*

Total amount collected
*Cantidad total cobrada*     $

| Rate of exchange* *Tipo de cambio* | Amount to be paid* *Cantidad a pagar* |
|---|---|

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. • IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED A THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANG RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. • CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YO HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.*

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONED EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. • SI LA TASA DE CAMBIO DE SU TRANSACCIÓN S DETERMINÓ EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA EN QUE DEBE PAGARSE Y LA TASA DE CAMBIO APARECEN EN SU RECIBO. SI NO, LA TAS DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. • ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LO SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED ACEPTA DICHOS TÉRMINOS CONDICIONES.*

**④ CUSTOMER SIGNATURE**          *FIRMA DEL CLIENTE*    X

©2004 Western Union Holdings, Inc. All Rights Reserved. Todos los Derechos Reservados.

DFMTOSNDB07/C

*17*

# kiss 凯狮通讯
凯狮  *Kiss Communication*

Add:Room 1808, New Century Business Center, No. 2 - 6 Hongde Road, Haizhu District, Guangzhou City,

Guangdong Province,China

Tel:+86-20-8432 9271 8432 9277 3434 5361

Fax:+86-20-84329271

Office:B213,Nantai Electronics Center,No.8,Xi Di Er Road,Guangzhou,China

Tel/Fax:+86-20-8129 1462        Contact Person:Mr Andy        Mobile:+86-20-13808867201

Website:http://kiss.en.alibaba.com  Business Email:info_kiss@yahoo.com MSN:pengpai0214@hotmail.com

## PROFORMA INVOICE

Inv.No.: 20050218

PI No.: 20050218

Date: 18th, February

Customer's PO No.: NO

| Company: Address: Contact: MR Amadi Nwokocha Tel:+1-410-2965404 Fax : +1-410-2965404 | Delivery to:U.S.A Shipping way and terms: Consignee: Tel:                            Fax: |
|---|---|

| No. | Product desprition | Item code | Quantity | Unit price | Amount(USD) |
|---|---|---|---|---|---|
| 1 | Battery Packs/NOKIA | BLS-4 | 100 | $2.15 | $215.00 |
|  |  | BLC-2 | 100 | $1.80 | $180.00 |
|  |  | BLB-2 | 100 | $1.80 | $180.00 |
|  |  | BLD-3 | 100 | $1.80 | $180.00 |
|  |  | BLB-3 | 100 | $2.05 | $205.00 |
|  |  | BL-5C | 100 | $1.85 | $185.00 |
|  |  | BL-4C | 100 | $1.95 | $195.00 |
| 2 | Battery Packs/MOTOROLA | SNN5588A | 50 | $2.05 | $102.50 |
|  |  | SNN5655/V70 | 50 | $2.11 | $105.50 |
|  |  | SNN5683A | 50 | $1.85 | $92.50 |
|  |  | SNN5669A | 50 | $2.10 | $105.00 |
| 3 | Battery Packs/Samsung | E715-BST2069DE | 50 | $2.15 | $107.50 |
|  |  | SPH-A500 | 50 | $1.95 | $97.50 |
|  |  | SPH-A460 | 50 | $1.95 | $97.50 |
| 4 | Battery Packs/Kyocera | QCP 2035/2235 | 50 | $1.95 | $97.50 |
|  |  | QCP 3225/3245 | 50 | $1.95 | $97.50 |
| 5 | Battery Packs/LG | VX-4500 | 50 | $2.15 | $107.50 |
|  |  | VX-4400 | 50 | $2.15 | $107.50 |
|  |  | VX-6000 | 50 | $2.15 | $107.50 |
|  |  | VX-1200 | 50 | $2.15 | $107.50 |
|  | Total: | | 950 | Sub-total: | $2,673.00 |
|  | Note:1. Packing:colorful packing. 2. Delivery way via Fedex. | | | Freight: | No |
|  |  | | | Special fee: | No |
|  | Price terms: T/T Advance or by Western Union.FOB Guangzhou. | | | Total: | $2,673.00 |

Note:

1.Bank Details(Bank of China):

A/C NO.4762304-0188-019979-1     IN A/C WITH. LI YONG LI

SWIFT CODE: BKCH CN BJ 400

2.The lead time less than 7 days and the delivery date less than 2 days after we received your payment.

3.Western Union Details:

Full name:Pengpai            First Name: Pai                    Last Name:Peag

**WESTERN UNION**

Customer Receipt / Recibo del Cliente    www.westernunion.com

Payout amount/Cantidad de pago: 22,998.97 YUAN

Western Union Card Number / Numero de Tarjeta: 171068523

| | |
|---|---|
| Amount/Cantidad: | $ 2673.00 |
| Charge(s)/Cargos: | |
| Service/Servicio: | 26.00 |
| Total/Total: | $ 2699.00 |

CHECK YOUR REWARD POINTS ABOVE! Call 1-800-920-8680 to redeem for rewards like a $50 service fee reduction, a $100 gift check, and more. And did you know you can use your phone number in case you forget your Gold Card?

Agent Signature /
Firma del Agente _____

Customer Signature /
Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SEF ICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. I JSTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISI HE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONED EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACION SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN EST TRANSACCION Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINO Y CONDICIONES. SI APARECEN MAS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCION SE DETERMINARON EN EL MOMENTO DEL ENVÍ SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO U DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

**WESTERN UNION**

www.westernunion.com

PLEASE PRINT/Por favor escriba

AGENT USE ONLY / Sólo para uso del Agente

WESTERN UNION GOLD OR PREFERRED CARD NUMBER

## ① RECEIVER INFORMATION    INFORMACIÓN DEL DESTINATARIO

Sending money to/Para enviar dinero al
☐ USA   ☐ International (excludes Mexico)
Internacional (no incluye a México)

Country name:
Nombre del país:    C H I N A

Dollar amount/Cantidad en dólares*    When sending $1,000 or more, you must provide identification and additional information.
Cuando envíe $1,000 ó más, usted tiene que proveer identificación e información adicional.

$

Receiver    DENG
Destinatario    First Name/Nombre    Last Name/Apellido paterno    Name/Apellido materno

Expected payout location
Localidad donde se esperará el pago    City/Ciudad    State/Estado    Country/País

Operator number
Número de operador

Date / Fecha          Sent time / Hora de envío

I.D. type / Tipo de identificación          Number / Número

Date of birth / Fecha de nacimiento          Occupation / Ocupación

## ② SENDER INFORMATION    INFORMACIÓN DEL REMITENTE

Sender's name
Nombre del remitente    First Name/Nombre    Last Name/Apellido

Sender's telephone (    )
Teléfono del remitente

Sender's address
Dirección del remitente    Street/Calle y número

21234
City/Ciudad    State/Estado    Zip/Código postal

I.D. issuing state
Estado en que se expidió la identificación

I.D. issuing country
País en que se expidió la identificación

2nd I.D. Type
2° tipo de indentificación

2nd I.D. Number
2° Número

## ③ OPTIONAL FEATURES    CARACTERÍSTICAS OPCIONALES

If sending less than $1,000 and the receiver does not have identification, complete the Test question and answer. (The maximum amount that can be picked up without I.D. is subject to change without notice.)
Si el envío es de menos de $1,000 y el destinatario no cuenta con una identificación, favor de anotar la pregunta de prueba y la respuesta. (La cantidad máxima que puede recogerse sin I.D. esta sujeta a cambios sin previo aviso.)

Test question (limit 4 words)/Pregunta de Comprobación (límite 4 palabras):

Question
Pregunta

Answer
Respuesta

These optional services are available at an additional cost. Check services desired:
Estos servicios opcionales están disponibles a un costo adicional. Marque el servicio que desee:

☐ Include this message
Envíe este mensaje con el dinero

☐ Deliver check to the following address
(selected international locations only):
Entregue el cheque a la dirección siguiente
(solamente en selectas localidades de agentes internacionales)

☐ Please call my receiver
Llame por favor a mi destinatario (    )

Amount / Cantidad          $

Charge / Cargo          $

Message charge / Cargo por el mensaje          $

Telephone or delivery charge / Cargo por entrega a domicilio o llamada telefónica          $

Tax / Impuesto          $

Total amount collected / Cantidad total cobrada          $

Rate of exchange* / Tipo de cambio*          Amount to be paid* / Cantidad a pagar*

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. • IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. • CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. • SI LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINÓ EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA EN QUE DEBE PAGARSE Y LA TASA DE CAMBIO APARECEN EN SU RECIBO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. • ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES.

## ④ CUSTOMER SIGNATURE    FIRMA DEL CLIENTE    X

©2004 Western Union Holdings, Inc. All Rights Reserved. Todos los Derechos Reservados.    DFMTOSNDB07/C



 凯 狮 通 讯

*Kiss Communication*

凯 狮

Add:Room 1808, New Century Business Center, No. 2 - 6 Hongde Road, Haizhu District, Guangzhou City,

Guangdong Province,China

Tel:+86-20-8432 9271 8432 9277 3434 5361                        Fax:+86-20-84329271

Office:B213,Nantai Electronics Center,No.8,Xi Di Er Road,Guangzhou,China

Tel/Fax:+86-20-8129 1462        Contact Person:Mr Andy        Mobile:+86-20-13808867201

Website:http://kiss.en.alibaba.com  Business Email:info_kiss@yahoo.com MSN:pengpai0214@hotmail.com

# PROFORMA INVOICE

Inv.No.: 20050105

PI No.: 20050105                                        Date: 5th, January, 2005

Customer's PO No.: NO

| Company: Address: Contact: MR Amadi Nwokocha Tel:+1-410-2965404 Fax : +1-410-2965404 | Delivery to:U.S.A Shipping way and terms: Consignee: Tel:                          Fax: |
|---|---|

| No. | Product desprition | Item code | Quantity | Unit price | Amount(USD) |
|---|---|---|---|---|---|
| 1 | Bluetooth Headset BTK-10 | | 100 | $22.00 | $2,200.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Total:** | 100 | Sub-total: | $2,200.00 |
| Note:1. Packing:colorful packing. 2. Delivery way via Fedex. | | | | Freight: | $253.00 |
| | | | | Special fee: | No |
| | | | | Total: | $2,453.00 |
| Price terms: T/T Advance or by Western Union.FOB Guangzhou. | | | | | |

Note:

1.Bank Details(Bank of China):

A/C NO.4762304-0188-019979-1    IN A/C WITH. LI YONG LI

SWIFT CODE: BKCH CN BJ 400

2.The lead time less than 7 days and the delivery date less than 2 days after we received your payment.

3.Western Union Details:

Full name:Pengpai        First Name: Pai        Last Name:Peng

Signature:

Yahoo! Mail - amadinwokocha@yahoo.co.uk

Page 1 of 1

Hello,Dear Mr Amadi,
    Thanks your fast reply.
    You can send me money via Western Union,it's very fast.I can get your payment less than 5 minutes.But you should tell me the control number after you send me the money via Western Union.And please tell me the details of your sending me money.Okay?Please feel free to contact me if you have any questions.Many thanks.
    Kind regards,
    Yours faithfully,
    Mr Andy.

From the name:Kiss Communications Technology Co.,Ltd
Office:RC 13,Mantai Electronics Center,No.5,Xi Di Er Road,Guangzhou,China.
Contact person:Mr Andy(Manager)
Mobile:0086-20-13809067201
Tel/Fax:0086-20-81291462
Bushess Email:info_kiss@yahoo.com(Yahoo Messenger)
Alternative Email:pengpal0214@hotmail.com(MSN)
ICQ:249754888
Skype ID:smiletrader(Free phone to all over the world)
Website:http://kiss.en.alibaba.com,http://www.andlykiss.cn.alibaba.com

Bank details(Bank of China):
A/C NO. 4762304-0188-018979-1
IN A/C WITH. LI YONGLI
SWIFT CODE: BKCH CN BJ 400

Western Union Details:
ID:4304241?T802148213
First Name:pal
Last Name:peng
Name:Pengpal.

http://us.f859...nfan.com/ym/ShowLetter?MsgId=9059_23953713_1144759_1365_69...   1/6/2005

**WESTERN UNION**

Customer Receipt / Recibo del Cliente

www.westernunion.com

Available for/Disponible en: US Dollar USD
Payout Amount/Cantidad de pago: 2,453.20 US Dollar
Exchange Rate/Tipo de cambio   1.0000000

Western Union Card Number / Numero de Tarjeta: 171660503
Total WU Card Points/Total puntos en tarjeta WU        : 175
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 10

Amount/Cantidad:     $ 2453.00
Charge(s)/Cargos:
    Service/Servicio:    17.00
    Total/Total:      $ 2470.20

Check points above & redeem for rewards like fee reductions up to
$50, gift cards & merchandise. Also, add phone time to your Card at
great worldwide rates.   Call 1-977-989-8430 to redeem your points.
The currency and exchange rate has been set and is listed above.
El tipo de cambio se ha establecido y se muestra en la parte de arriba

gent Signature /
rma del Agente _____

Customer Signature /
Firma del Cliente _____

ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE
VERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SER-
CES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF
TED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND, OTHERWISE,
E EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A
RANGER ASKS YOU TO SEND MONEY.

EMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA
TRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA
ANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS
CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO,
NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN
SCONOCIDO LE PIDA QUE ENVÍE DINERO.

**To Send Money**

**WESTERN UNION**
www.westernunion.com

PLEASE PRINT/Por favor, escriba.

**WESTERN UNION GOLD OR PREFERRED CARD NUMBER**
Número de tarjeta Gold o Preferred de Western Union.

AGENT USE ONLY
Sólo para uso del Agente

**① RECEIVER INFORMATION** / INFORMACIÓN DEL DESTINATARIO

Sending money to/Para enviar dinero a:
☐ USA
☐ International (excludes Mexico)
Internacional (no incluye a México)

Country name/
Nombre del país:

Dollar amount/Cantidad en dólares*

When sending $1,000 or more, you must provide identification and additional information.
Cuando envía $1,000 ó más, usted tiene que proveer identificación e información adicional.

Receiver / Destinatario
First Name/Nombre    Last Name/Apellido paterno    Name/Apellido materno

Expected payout location
localidad donde se esperan el pago
City/Ciudad    State/Estado    Country/País

**② SENDER INFORMATION** / INFORMACIÓN DEL REMITENTE

Sender's name / Nombre del remitente
First Name/Nombre    Last Name/Apellido

Sender's telephone / Teléfono del remitente
( )

Sender's address / Dirección del remitente
Street/Calle y número
City/Ciudad    State/Estado    Zip/Código postal

Operator number / Número de operador

Date / Fecha    Sent time / Hora de envío

I.D. type / Tipo de identificación    Number / Número

Date of birth / Fecha de nacimiento    Occupation / Ocupación

I.D. issuing state / Estado en que se expidió la identificación    I.D. issuing country / País en que se expidió la identificación

2nd I.D. Type / 2º tipo de identificación    2nd I.D. Number / 2º Número

**③ OPTIONAL FEATURES** / CARACTERÍSTICAS OPCIONALES

If sending less than $1,000 and the receiver does not have identification, complete the Test question and answer. (The maximum amount that can be picked up without I.D. is subject to change without notice.)
Si el envío es menos de $1,000 y el destinatario no cuenta con una identificación, favor de anotar la pregunta de prueba y la respuesta. (La cantidad máxima que puede recogerse sin I.D. está sujeta a cambios sin previo aviso.)

Test question (limit 4 words)/Pregunta de Comprobación (límite 4 palabras):

Question / Pregunta

Answer / Respuesta

These optional services are available at an additional cost. Check services desired:
Los servicios opcionales están disponibles a un costo adicional. Marque el servicio que desee:

☐ Include this message / Envíe este mensaje con el dinero

☐ Deliver check to the following address (selected international locations only):
Entregue el cheque a la dirección siguiente (solamente en selectas localidades de agentes internacionales):

☐ Please call my receiver / Llame por favor a mi destinatario
( )

Amount / Cantidad    $
Charge / Cargo    $
Message charge / Cargo por el mensaje    $
Telephone or delivery charge / Cargo por entrega a domicilio o llamada telefónica    $
Tax / Impuesto    $
Total amount collected / Cantidad total cobrada    $
Rate of exchange* / Tipo de cambio*    Amount to be paid* / Cantidad a pagar*

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. • IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. • CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. • ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. • SI LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINÓ EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA EN QUE DEBE PAGARSE Y LA TASA DE CAMBIO APARECEN EN SU RECIBO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. • ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN EN LAS PÁGINAS ANEXAS, AL FIRMAR ESTE RECIBO, USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES.

**CUSTOMER SIGNATURE** / FIRMA DEL CLIENTE    X

©4 Western Union Holdings, Inc. All Rights Reserved. Todos los Derechos Reservados.

DFMTOSNDB07/04

*19*

# Greattop Electronic Company Limited

19E, ShangDaYaYuan Building,North HuaFa Road, Futian District,Shenzhen,China
Tel:0086-755-82813155    Tel:0086-755-83048329    Fax:0086-755-83048315
E-mail:postmaster@greattop.com  Website: www.greattop.com

## PROFORMA INVOICE

BUYER: Mr Amadi Nwokocha

VinamGlobal

11 Astro Court United States

Phone : 1-410-2965404

SELLER: Greattop Electronic Company Limited

19E, ShangDaYaYuan Building,North HuaFa Road, Futian District,Shenzhen,China

Tel:0086-755-82813155    Tel:0086-755-83048329    Fax:0086-755-83048315

PAYMENT TERMS: T/T TO THE FOLLOWING BANK ACCOUNT IN ADVANCE

ACCOUNT NAME: GREATTOP ELECTRONIC COMPANY LIMITED

BANK ACCOUNT: 002-116267-055 (USD)

BANK NAME: HSBC Shenzhen Branch

ADDRESS: 1/F Century Plaza Hotel, No.1 Chunfeng Road,Shenzhen,P.R China

Swift Address: HSBCCNSHSZN

INVOICE NO.:I011939760076

DATE:2005/01/21                    FOB SHENZHEN

| MODEL# | DESCRIPTION | UNIT PRICE(USD) | QTY(PCS) | AMOUNT(USD) |
|---|---|---|---|---|
| GSMKey USB Dongle | unlocking instrument | 105.00 | 1 | 105.00 |
| FREIGHT COST | 0.5kgs By dhl to usa | | | 18.74 |
| TOTAL: | | | 1 | 123.74 |
| TOTAL: SAY US ONE HUNDRED TWENTY THREE DOLLAR AND SEVENTY FOUR CENT | | | | |

Greattop Electronic Company Limited

**WESTERN UNION**

Customer Receipt / Recibo del Cliente    www.westernunion.com

Western Union Card Number / Numero de Tarjeta: 171668583

Total WU Card Points/Total puntos en tarjeta WU        100

Redeemed WU Card Points/Puntos redimidos a la tarjeta WU : 5

Amount/Cantidad:        $    120.87

Charge(s)/Cargos:

Service/Servicio:        14.00

Total:        $    137.87

Check points above & redeem for rewards like fee reductions up to ... gift cards & merchandise. Also, add phone time to your Card at great worldwide rates.  Call 1-877-984-0469 to redeem your points!

... and exchange rate has been set and is listed above.

... se ha establecido y se muestra en la parte de arriba

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

...RTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGN... THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. *IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHE... CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF LIST... ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, TH... CHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN ... RANGER ASKS YOU TO SEND MONEY.

...GUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. A ...RMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES. ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNIO... MBIEN GANA DINERO CUANDO CAMBIA SUS DOLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACION SOBRE EL CAMBIO D... ONEDA. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO, ... ), LA TASA DE CAMBIO SE ESTABLECERA CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO U... SSCONOCIDO LE PIDA QUE ENVÍE DINERO.



WESTERN UNION

www.westernunion.com

**SE PRINT/Por favor escriba**

AGENT USE ONLY
Solo para uso del Agente

**WESTERN UNION GOLD OR PREFERRED CARD NUMBER**
Número de la tarjeta Gold o Preferred de Western Union

Money transfer control number
Número de control de transferencia

## RECEIVER INFORMATION — INFORMACIÓN DEL DESTINATARIO

Operator number
Número de operador

ding money to/Para enviar dinero a:
SA ☐ International (excludes Mexico)
Internacional (no incluye a México)

Country name:
Nombre del país:

Date
Fecha

Sent time
Hora de envío

ar amount*/Cantidad en dólares* When sending $1,000 or more, you must provide identification and additional information.
Cuando envíe $1,000 ó más, usted tiene que proveer identificación e información adicional.

I.D. type
Tipo de identificación

Number
Número

eiver
notario

First Name/Nombre    Last Name/Apellido paterno    Name/Apellido materno

ected payout location
lidad donde se esperará el pago

City/Ciudad    State/Estado    Country/País

Date of birth
Fecha de nacimiento

Occupation
Ocupación

## SENDER INFORMATION — INFORMACIÓN DEL REMITENTE

I.D. issuing state
Estado en que se expidió la identificación

I.D. issuing country
País en que se expidió la identificación

der's name
bre del remitente

First Name/Nombre    Last Name/Apellido

2nd I.D. Type
2º tipo de indentificación

2nd I.D. Number
2º Número

der's telephone
fono del remitente    (     )

der's address
ción del remitente

Street/Calle y número

City/Ciudad    State/Estado    Zip/Código postal

Amount
Cantidad    $

Charge
Cargo    $

## OPTIONAL FEATURES — CARACTERÍSTICAS OPCIONALES

Message charge
Cargo por el mensaje    $

ending less than $1,000 and the receiver does not have identification, complete the Test question d answer. (The maximum amount that can be picked up without I.D. is subject to change without notice.)
l envío es menos de $1,000 y el destinatario no cuenta con una identificación, favor de anotar la pregunta de prueba y la puesta. (La cantidad máxima que puede recogerse sin I.D. está sujeta a cambios sin previo aviso.)

Telephone or delivery charge
Cargo por entrega a domicilio o llamada telefónica    $

st question (limit 4 words)/Pregunta de Comprobación (límite 4 palabras):
estion
gunta

Tax
Impuesto    $

swer
spuesta

Total amount collected
Cantidad total cobrada    $

ese optional services are available at an additional cost. Check services desired:
tos servicios opcionales están disponibles a un costo adicional. Marque el servicio que desee:
☐ Include this message
   Envíe este mensaje con el dinero
☐ Deliver check to the following address
   (selected international locations only):
   Entregue el cheque a la dirección siguiente
   (solamente en selectas localidades de agentes internacionales):
☐ Please call my receiver
   Llame por favor a mi destinatario    (     )

Rate of exchange*
Tipo de cambio*

Amount to be paid*
Cantidad a pagar*

N ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE
TTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ● IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT
HE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE
ATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ● CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU
AVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA
XTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ● SI LA TASA DE CAMBIO DE SU TRANSACCIÓN SE
ETERMINÓ EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA EN QUE DEBE PAGARSE Y LA TASA DE CAMBIO APARECEN EN SU RECIBO. SI NO, LA TASA
E CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. ● ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS
ERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED ACEPTA DICHOS TÉRMINOS Y
ONDICIONES.

## 4 CUSTOMER SIGNATURE — FIRMA DEL CLIENTE    X

©2004 Western Union Holdings, Inc. All Rights Reserved. Todos los Derechos Reservados.    DFMTOSNDB07/04

 **Financial Services**        Packing List

Order No.: 295638
Order Date: 10/20/2005
Order Status: STORE-SOLD

PO No.:
Ship Via:    UPS Ground

**Ship To:**
Attn
Company: Amadi Nwokocha
Address 1: VinamGlobal
Address 2: 18 White Laurel Court
City: BALTIMORE    State MD  ZIP  21220
Country: US

**Bill To:**
Attn
Company: Amadi Nwokocha
Address 1: VinamGlobal
Address 2: 18 White Laurel Court
City: BALTIMORE    State MD  Zip  21220
Country: US

| Service Tag# | Location | Description | Weight | Extended Price |
|---|---|---|---|---|
| 237B111 | | DELL (WINXP) PRECISION WS340 1500MHz 512MB 20GB 48X | 43 | $261.00 |
| 5XRKG31 | | DELL (WINXP) PRECISION WS360 2400MHz 1024MB 80GB CDRW 8X | 43 | $400.20 |
| 727B111 | 0 | DELL (WINXP) PRECISION WS340 1500MHz 512MB 20GB 48X | 43 | $261.00 |
| 74530104 | | Dell™ E171FP Flat Panel Color Monitor 17 inch, 1280x1024 max resolution | 15 | $219.00 |
| 76220098 | | Dell™ E171FP Flat Panel Color Monitor 17 inch, 1280x1024 max resolution | 15 | $219.00 |
| 76220159 | | Dell™ 1800FP UltraSharp Flat Panel High Performance Color Monitor 18 in | 18 | $249.00 |
| 8LV3N31 | | DELL (WINXP) PRECISION WS360 2900MHz 1024MB 80GB CDRW 8X D | 43 | $457.20 |
| C17B111 | | DELL (WINXP) PRECISION WS340 1500MHz 512MB 20GB 48X | 43 | $261.00 |
| JP4L031 | | DELL (WINXP) PRECISION WS360 2900MHz 1024MB 80GB 56K CDRW | 43 | $460.20 |

| | |
|---|---|
| Ext Price: | $2,787.60 |
| Discount: | $4,115.40 |
| Shipping: | $185.91 |
| Tax: | $0.00 |
| Order Total: | $2,973.51 |

For Technical Support 1-888-560-8324
www.dell.com/support/index.htm
For return authorization call 1-800-891-8595    1 of 1

DFS Direct Sales | Order Confirmation                                    Page 1 of 1



## ORDER CONFIRMATION

Your order has been processed.

Please record your order number for tracking purposes.

| | |
|---|---|
| Order Number: | 295638 |
| Order Date: | 10/20/05 |
| Order Total: | $2,973.51 |
| Ship To: | Amadi Nwokocha<br>VinamGlobal<br>18 White Laurel Court<br>BALTIMORE, MD 21220 |
| Ship Via: | UPS Ground |

You will be notified via E-mail once your order has shipped. You can also check the status of your order by selecting "Order Tracking" from the main Menu. An invoice/receipt will be mailed under separate cover to the billing address.

Thank you for your shopping with DFS Direct Sales Sales, your source for quality off-lease Dell computers. Please visit us again soon.

Copyright 1999-2003 Dell Financial Services L.P.
For customers of the 50 United States only.
Terms and Conditions of Sale :
Site Terms of Use : Privacy Statement





Unit 703, 7/F., Alliance Commercial Building,
133 Connaught Road C., Central, Hong Kong.
Tel.: (852) 8200 2373 / Fax: (852) 3010 4273
Website: http://www.mitsuba.com.hk
Email: info@mitsuba.com.hk

## PROFORMA INVOICE

Invoice No.:     AMADI-25JAN2005               Date:     25/January/2005

Sell to:         Amadi
Company:         -
Address:
                 11 Astro Court, Baltimore, United States

Tel:             1-410-2965404           Fax:      1-410-2965404
Email:           amadinwokocha@yahoo.co.uk  Mobile:   -

Destination:
                 11 Astro Court, Baltimore, United States

Price Term:      CNF United States       Country of Origin:   -
Payment Term:    T/T in Advance          Est. Gross W.:       39KG
Delivery Term:   3 Working Days          Packing:             2 X Export Carton Boxes
Shipment:        Courier - FedEx         Warranty:            2 Months

| No. | Description | Qty (pcs) | Unit Price (US$) | TOTAL (US$) |
|---|---|---|---|---|
| | REFURBISHED | | | |
| 1 | Motorola T720i | 5 | 69.00 | 345.00 |
| 2 | Motorola V70 | 5 | 64.00 | 320.00 |
| 3 | Motorola V66 | 10 | 35.00 | 350.00 |
| 4 | Nokia 6100 | 5 | 88.00 | 440.00 |
| 5 | Nokia 6610 | 5 | 90.00 | 450.00 |
| 6 | Nokia 6610i | 5 | 126.00 | 630.00 |
| 7 | Nokia 6310i | 2 | 122.00 | 244.00 |
| 8 | Nokia 8890 | 10 | 77.00 | 770.00 |
| 9 | Ericsson T28World | 10 | 21.50 | 215.00 |
| 10 | Siemens SL55 | 10 | 95.00 | 950.00 |
| | BRAND NEW | | | |
| 11 | Ericsson K500 | 2 | 190.00 | 380.00 |
| 12 | Ericsson K700 | 2 | 273.00 | 546.00 |
| | | 71 | SUM | 5,640.00 |
| | | Add: | FedEx Freight | 400.00 |
| | | Add: | ShenZhen Pick Up Charges | Free |
| | | CNF United States | | 6,040.00 |

Bank Name:        HANG SENG BANK LIMITED, HEAD OFFICE
Bank Address:     83 DES VOEUX ROAD, CENTRAL, HONG KONG
Beneficiary:      MITSUBA INTERNATIONAL
Account Number:   Hong Kong Dollars Current Account No. 024-388-407827-001
Swift Code:       HASE HKHH

Remarks:

1.  T/T Remittance handling charges is borne by buyer (PAY EXACT AMOUNT).
2.  This Proforma Invoice is subject to the manufacturer's final acceptance.
3.  Freight / Insurance Rate is subject to the final rate on the effective day.
4.  Kindly confirm the above-said, and signing then returning this Proforma Invoice to us.

Mitsuba International

                                                      Amadi

_____              _____

Date:    25/January/2005               Date:    25/January/2005



Municipal Employees Credit Union of Ba`  `ore, Inc.
401 E. Fayette Street, Baltimore MD 21202
Tel: (410) 752-8313 Fax: (410) 223-4044 Attn: Operations

## REQUEST FOR WIRE TRANSFER

Date: 1/29/05                        Time of Request:                    12:5`

Amount of Wire THREE THOUSAND, FOUR HUNDRED AND FORTY DOLLARS (In U.S. Dollars)  ($3,440)

Member's Name: AMADI NWOKOCHA    Telephone Number 443-413-2346

Member's MECU Account# 359866    Type of Account CHECKING

Member's Address 11 ASTRO COURT, BALTIMORE, MD 21234

Driver's License Number N-220-066-001-268

### INFORMATION ON RECEIVING BANK

Bank's Name HANG SENG BANK LTD Telegraph Name

Bank's Address 83 DES VOEUX ROAD, CENTRAL, HONG KONG

Bank's ABA # (Routing and Transit #) HASEHKHH

### ACCOUNT INFORMATION AT RECEIVING BANK

Account Name(s) MITSUBA INTERNATIONAL

Account Number 024-388-407827-001

Beneficiary's Address UNIT 703, 7/F. ALLIANCE COMMERCIAL BUILDING, 133 CONNAUG
ROAD C, CENTRAL HONG KONG

Any Special Instructions

I hereby request the Municipal Employees Credit Union of Baltimore, Inc. to charge my account as listed above for the amount o
the wire and the wire fee. I understand that MECU is not responsible for any loss which may be sustained by acting upon my wire
transfer instructions, except for a loss caused by MECU's error or omission; that recalled funds will be credited to my account only a
the funds have been returned to MECU and that tracer requests (at my expense) on overseas wires will be accepted after a fifteen
day period has elapsed.
    Payment instructions identifying a beneficiary (receiver) by name and account number may be settle by account number, even
name does not correspond to that account.
    Payment instructions identifying an intermediary of beneficiary's bank by bank name and routing and transit number may settle
number, even if the name does not correspond to that number.

Member's Signature _____    Date 1/29/05

### FOR MECU PERSONNEL USE ONLY:

MSR/TELLER# 4259    SUPRV. APPR.                    VP APPR.

Date & Time Received in Wire Department: _____

MECU Employee Initiating Wire: _____ (Name & Initials)

Call Back: Date _____    Identifying Information: Last deposit amount $ _____

Time _____                    Last transaction date _____

OFAC Checked? (attach documents) Yes ☐    No ☐

Wire Verified By: _____    Wire Sent By: _____

# *MECU*

MUNICIPAL EMPLOYEES CREDIT UNION of Baltimore, Inc.

## REQUEST FOR WIRE TRANSFER

Date __1/31/05__

Time of Request __11:30__

Amount of Wire __2,600.00__ (in U.S. Dollars)

Member's Name __AMADI NWOKOCHA__    Telephone Number __443-413-2346__

Member's MECU Account # __359866__    Type of Account __Checking__

Member's Address __11 Astro Court, Baltimore, MD 21234__

Driver's License Number __N-200-066-001-268__

### INFORMATION ON RECEIVING BANK

Bank's Name __HANG SENG BANK LTD__

Bank's Address __83 Des Voeux Road, Central, Hong Kong__    Telegraph Name _____

Bank's ABA # (Routing and Transit #) __HASEHKHH__

### ACCOUNT INFORMATION AT RECEIVING BANK

Account Name(s) __MITSUBA International__

Account Number __024-388-407827-001__

Beneficiary's Address __Unit 703, 7/F Alliance Commercial Building, 133__
Any Special Instructions __Connaught Road C, Central Hong Kong__

I hereby request the Municipal Employees Credit Union of Baltimore, Inc. to charge my account as listed above for the amount of the wire and the wire fee. I understand that MECU is not responsible for any loss which may be sustained by acting upon my wire transfer instructions, except for a loss caused by MECU's error or omission; that recalled funds will be credited to my account only after the funds have been returned to MECU and that tracer requests (at my expense) on overseas wires will be accepted after a fifteen (15) day period has elapsed.

Payment instructions identifying a beneficiary (receiver) by name and account number may settle by account number, even if the name does not correspond to that account.

Payment instructions identifying an intermediary of beneficiary's bank by bank name and routing and transit number may settle by number, even if the name does not correspond to that number.

Member's Signature _____

For MECU personnel use only:

MSR/TELLER # _____    SUPRV. APPR. _____    VP APPR. _____

Date & Time received in wire department _____

MECU Employ Initiating Wire _____    Ref # _____

Wire Verified by _____    Wire Sent by _____

P8

Attn: Susanne Rechenbach

Claims Manager

Hapag - Lloyd

Your file: 01782/6

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7005 3110 0000 1276 8180

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | $2.40 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $0.00 |

Sent To
Susan Rechenbach
Street, Apt. No.; or PO Box No.
Hapag - Lloyd
City, State, ZIP+4
Piscataway, NJ 08854

PS Form 3800, June 2002          See Reverse for Instructions

10/25/06

Dear Susanne:

This is the certified mail receipt with which the demand letter and invoices was sent to you. It was received by your office. Please look for it and get back to us asap.    Thank you

Obinna Duruji, E



# Telefax

 Hapag-Lloyd

| | |
|---|---|
| To: | Duruji Law Firm<br>Attn. Hon Obinna Duruji |
| Telefax: | |
| From: | Arne Klockmann |
| Phone: | (732) 509-3179 |
| Telefax: | (732) 885-6141 |
| Email | Arne.Klockmann@hlcl.com |

Hapag-Lloyd (America) Inc,
399 Hoes Lane
Piscataway, NJ 08854
www.hlcl.com

November 22, 2006
Pages: 1 +

---

**OUR FILE:**   62975 / AK

---

**YOUR FILE:**   unknown

---

| Vessel: | Atlantic Project | Voyage: | |
|---|---|---|---|
| Bill of Lading: | 251094 | Container: | CMUU4614892 |
| Type of Damage: | theft | Claim Amount: | USD 111.963,75 |

---

WITHOUT PREJUDICE

Dear Sirs,

We refer to your letter dated 25th September 2006.

We herewith confirm the receipt of the documents which were sent to us with your letter regarding this matter. We are still investigating all circumstances of this matter and we will be in a position to comment on the cause of the occurred damage soon.

We will come back to you as soon as we have finished our investigations.

Yours faithfully,
Hapag-Lloyd (America) Inc.
As Agents of Hapag-Lloyd AG

Arne Klockmann
Claims Manager

P 10

# Telefax



**To:** Duruji Law Firm, PC – Atnn. Hon Obinna Duruji, Esq.
**Telefax:** 202 723-5790

Hapag-Lloyd (America) Inc.
399 Hoes Lane
Piscataway, NJ 08854
www.hlcl.com

**From:** Fabio Duarte
**Phone:** (732) 509-3180
**Telefax:** (732) 885-6141
**Email:** Fabio.Duarte@hlag.com

March 1, 2007
Pages: 1 +

---

**OUR FILE:** 62975

**YOUR FILE:** unknown

| | | | |
|---|---|---|---|
| **Vessel:** | Atlantic Project | **Voyage:** | 006S |
| **Bill of Lading:** | ATLRL016630 (251094) | **Container:** | CMUU4614852 |
| **Type of Damage:** | cargo shortness | **Claim Amount:** | USD11,963.75 |

---

**WITHOUT PREJUDICE**

Dear Sirs,

We refer to your letter dated 25.September.2006 and regret to inform you that your claim was time barred on 10.February.2007. Please refer to our Bill of Lading Terms and Conditions clause 6. Time for Suit stating that:

QUOTE
*"In any event, the Carrier shall be discharged from all liability in respect of loss of or damage to the Goods, non-delivery, mis-delivery, delay or any other loss or damage connected or related to the Carriage unless suit is brought within one (1) year after delivery of the Goods or the date when the Goods should have been delivered."*
UNQUOTE

In view of the above, we have no alternative other than to decline your claim in its entirety, since we can not accept responsibility for claims that are already time barred.

Yours faithfully,

Hapag-Lloyd (America) Inc.
As Agents of Hapag-Lloyd Container Linie GmbH

Fabio Duarte
Claims Manager