# EXHIBIT B

Case 1:07-cv-08597-SAS   Document 17-5   Filed 01/30/2008   Page 1 of 6

CASREF, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-08597-SAS

Nwokocha v. Kalico Exports, Inc. et al  
Assigned to: Judge Shira A. Scheindlin  
Referred to: Magistrate Judge Henry B. Pitman (Settlement)  
Case in other court: USDC-DMA, 07cv861  
Cause: 28:1441 Petition for Removal- Breach of Contract  

Date Filed: 10/03/2007  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Amadi Nwokocha**     represented by **Obinna Duruji**  
Duruji Law Firm, PC  
7600 Georgia Ave NW  
Suite 217  
Washington, DC 20012  
(202) 722 0961  
Fax: 202 722 0963  
Email: o.duruji@amheritageuniv.net  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Udak J. Uhom**  
Ubom Law Group PLLC  
7600 Georgia Ave NW  
Ste 411  
Washington, DC 20012  
202-723-5790  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Nkereuwem Inyang Umoh**  
Law Office of Uwem Umoh  
255 Livingston Street  
4th Floor  
Brooklyn, NY 11217  
(718) 360-0527  
Fax: (718) 360-1916  
Email: numoh@umohlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kalico Exports, Inc.**

**Defendant**

**CP Ships**        represented by **Donna Davis Ebaugh**
Simms Showers LLP
20 S Charles St
Ste 702
Baltimore, MD 21201
410-783-5795
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Stephen Simms**
Simms Showers LLP
20 S. Charles Street, Sutie 702
Baltimore, MD 21201
410-783-5795
Fax: 410-510-1789
Email: jssimms@simmsshowers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H Vengrow**
Cichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006
212-344-7042
Fax: 212-344-7285
Email: svengrow@cckvt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Charles Bailey**
Simms Showers LLP
20 S Charles St
Ste 702
Baltimore, MD 21201-3754
410-783-5795
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hapag-Lloyd (American) Inc.**        represented by **Donna Davis Ebaugh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Stephen Simms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H Vengrow**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hapag-Lloyd AG**     represented by    **Donna Davis Ebaugh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Stephen Simms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H Vengrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Hapag-Lloyd (American) Inc.**     represented by    **Donna Davis Ebaugh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Stephen Simms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H Vengrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Hapag-Lloyd AG**     represented by    **Donna Davis Ebaugh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Stephen Simms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H Vengrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CP Ships**     represented by    **Donna Davis Ebaugh**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Stephen Simms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H Vengrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Charles Bailey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Kalico Exports, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2007 | 1 | CASE TRANSFERRED IN from the United States District Court - District of Maryland; Case Number: 1:07cv861 (AMD). Original file with documents numbered 14, certified copy of transfer order and docket entries received.Document filed by Amadi Nwokocha.(jeh) Additional attachment(s) added on 10/9/2007 (Horne, Jenny). Additional attachment(s) added on 10/9/2007 (Horne, Jenny). (Entered: 10/04/2007) |
| 10/03/2007 | | Case Designated ECF. (jeh) (Entered: 10/04/2007) |
| 10/03/2007 | | Magistrate Judge Henry B. Pitman is so designated. (jeh) (Entered: 10/04/2007) |
| 10/03/2007 | | Mailed letter to the United States District Court - District of Maryland acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (jeh) (Entered: 10/04/2007) |
| 10/03/2007 | | Mailed notice with Rules 2 & 3 and ECF Registration Package to the attorney(s) of record. (jeh) (Entered: 10/04/2007) |
| 10/17/2007 | 2 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 11/6/2007 at 04:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 10/16/07) (jco) (Entered: 10/18/2007) |
| 10/18/2007 | 3 | NOTICE OF APPEARANCE by Stephen H Vengrow on behalf of Hapag-Lloyd (American) Inc., Hapag-Lloyd AG, CP Ships (Vengrow, Stephen) (Entered: 10/18/2007) |
| 10/19/2007 | 4 | NOTICE of Substitution of Attorney. Old Attorney: J. Stephen Simms, W. Charles Bailey, Jr., Donna Davis Ebaugh, New Attorney: Stephen H. Vengrow, |

| | | |
|---|---|---|
| | | Address: CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP, 61 Broadway, Ste. 3000, New York, New York, USA 10006, 212-344-7042. Document filed by Hapag-Lloyd (American) Inc., Hapag-Lloyd AG, CP Ships. (Simms, J. Stephen) (Entered: 10/19/2007) |
| 11/05/2007 | 5 | AGREED REQUEST FOR CONTINUANCE that the 11/6/07 conference is adjourned to 12/10/07, at 4:30 pm. Initial Conference reset for 12/10/2007 at 04:30 PM before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 11/5/07) (cd) (Entered: 11/05/2007) |
| 12/03/2007 | 6 | ORDER ADMITTING ATTORNEY PRO HAC VICE: that attorney Obinna Duruji is permitted to appear Pro Hac Vice for plaintiff's in this action. (Signed by Judge Shira A. Scheindlin on 12/3/07) (db) (Entered: 12/03/2007) |
| 12/03/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 6 Order Admitting Attorney Pro Hac Vice to the Attorney Admissions Clerk for updating of Attorney Information. (db) (Entered: 12/03/2007) |
| 12/10/2007 | 7 | NOTICE OF APPEARANCE by Nkereuwem Inyang Umoh on behalf of Amadi Nwokocha (Umoh, Nkereuwem) (Entered: 12/10/2007) |
| 12/11/2007 | 8 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Henry B. Pitman. Endorsement: February would be best. Thanks. (Signed by Judge Shira A. Scheindlin on 12/10/2007) (jar) (Entered: 12/11/2007) |
| 12/11/2007 | 9 | SCHEDULING ORDER: Production of documents pursuant to Rule 26 (a) due 1/25/2008. Discovery requests due 3/15/2008. All Discovery is due by 4/15/2008. Plaintiff will supply its pretrial order matters to defendant by 5/15/2007. Pretrial Order due by 6/15/2008. Final Pretrial Conference set for 4/23/2008 at 04:30 PM before Judge Shira A. Scheindlin. A statement of discovery issues, if any, due by 4/15/2008. Length of trial is expected to be 3 days. Both parties agree - non jury trial. (Signed by Judge Shira A. Scheindlin on 12/10/2007) (jar) (Entered: 12/11/2007) |
| 01/10/2008 | 10 | ANSWER to Complaint., CROSSCLAIM against Kalico Exports, Inc.. Document filed by Hapag-Lloyd (American) Inc., Hapag-Lloyd AG, CP Ships. (Vengrow, Stephen) (Entered: 01/10/2008) |
| 01/14/2008 | | CASHIERS OFFICE REMARK on 6 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 01/08/2008, Receipt Number 637593. (jd) (Entered: 01/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/29/2008 14:42:56 | | | |
| PACER Login: | cc0860 | Client Code: | 8929/SHV |
| Description: | Docket Report | Search Criteria: | 1:07-cv-08597-SAS |
| Billable Pages: | 3 | Cost: | 0.24 |