UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*******************************
AMADI NWOKOCHA            *
                          *
     Plaintiff            *
                          *      Civil Action 07 CV 8597
     v.                   *
                          *
KALICO IMPORTS, INC., ET AL *
                          *
     Defendants           *
                          *
*******************************

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

ORDER

Upon Consideration of Rev. Uduak James Ubom's Motion to Strike his appearance as counsel for AMADI NWOKOCHA in the above cited case, and any response thereto,

It is this _27_ day of _Feb_, 2008 hereby ORDERED that the said Motion be GRANTED, and it is further Ordered that _Mr Ubom is relieved as counsel_

_[signature]_
Honorable U.S. District Judge
SHIRA A SCHEINDLIN
2/27/08