8929 /SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMADI NWOKOCHA<br>9824 Matzon Road<br>Baltimore, MD 21220<br>　　　　　　　Plaintiff,<br>　　　V.<br><br>KALICO EXPORTS, INC.<br>7107 Commercial Avenue<br>Baltimore, MD 21237<br><br>CP SHIPS<br>399 Hoes Lane<br>Piscataway, NJ 08854<br><br>HAPAG-LLOYD (AMERICA) INC.<br>399 Hoes Lane<br>Piscataway, NJ 08854<br><br>HAPAG-LLOYD AG<br>Ballindamm 25<br>20095 Hamburg<br>　　　　　　　Defendants. | Civil Action No.: 1:07-CV-8597 (SAS)<br><br>**STIPULATION OF**<br>**DISCONTINUANCE**<br><br> |

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the captioned matter is hereby entirely discontinued with prejudice and without costs to any party.

-2-

Dated: New York, New York
       February 28, 2008

*Obinna Duruji* authorized by Email 28Feb2008
Obinna Duruji, Esq. DC #435048
Duruji Law Firm P.C.
7600 Georgia Avenue, NW, Suite 217
Washington, DC 200121
Attorney for Plaintiff *Pro Hac Vice*
(202) 722-0961

*Nkereuwem J. Umoh* authorized by Email 28Feb2008
Nkereuwem Umoh, Esq. NY 449102
255 Livingston Street, 4th Floor
Brooklyn, NY 11217
Attorney for Plaintiff
(718) 360-0527

*Stephen H. Vengrow*
Stephen H. Vengrow, Esq. SHV 3479
Cichanowicz, Callan, Keane,
Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, NY 10006
Attorneys for CP Ships, Hapag-Lloyd (America) Inc.
Hapag-Lloyd AG
(212) 344-7042

*Uregbu Kalu* authorized by Email 28Feb2008
Uregbu Kalu
*Pro Se*
Kalico Exports, Inc.
7107 Commercial Avenue
Baltimore, MD 21237

So Ordered:

*Shira A. Scheindlin*    3/3/08
Shira A. Scheindlin
United States District Judge